**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/MTK
F. #2016R00308

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 10, 2018

By Hand Delivery and ECF

Allegra Glashausser
Samuel I. Jacobson
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

Re: United States v. Bernard Augustine
Criminal Docket No. 18-393 (SJ)

Dear Ms. Glashausser and Mr. Jacobson:

Enclosed please find the following additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure:

- Records from Equifax and Experian Inc. (Bates No. BA00000241 - 242).
- Records from Instagram (Bates No. BA00000243).
- Records from Reddit (Bates No. BA00000244).
- Information related to TacticalGear.com (Bates No. BA00000245).
- Witness statement reflecting information related to the defendant (Bates No. BA00000246 - 247).
- Information related to an inspection of the defendant at San Francisco International Airport, on or about February 18, 2016. (Bates No. BA00000248 - 250).
- Materials received from the Republic of Tunisia related to the defendant, and a translation of those materials. (Bates No. BA00000251 - 290).
- Records from Paypal Holdings, Inc. (Bates No. BA00000291).
- Records from Twitter, Inc. (Bates No. BA00000292).

Any additional discovery will be provided to you as it becomes available. The government hereby reasserts its request for reciprocal discovery, first requested on October 2, 2018.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Craig R. Heeren
Craig R. Heeren
Michael T. Keilty
Assistant U.S. Attorney
(718) 254-6467

Enclosures

cc: Clerk of the Court (SJ) (by ECF) (without enclosures)