**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/MTK
F. #2016R00308

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 8, 2018

By Hand Delivery and ECF

Allegra Glashausser
Samuel I. Jacobson
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

Re: United States v. Bernard Augustine
Criminal Docket No. 18-393 (SJ)

Dear Ms. Glashausser and Mr. Jacobson:

Enclosed please find the following additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure:

- Data from a Dell Inspiron computer, obtained pursuant to a search warrant, dated March 16, 2016 (Bates No. BA00000232).

- Data from a Samsung Galaxy mobile device, obtained with the consent of the owner (Bates No. BA00000234 - BA00000234).

- Data from a Samsung Galaxy mobile device, obtained with the consent of the owner (Bates No. BA00000235 - BA00000237).

- Data from a Samsung Galaxy mobile device, obtained with the consent of the owner (Bates No. BA00000238 - BA00000239).

- Data from a Samsung Galaxy mobile device, obtained with the consent of the owner (Bates No. BA00000240).

Any additional discovery will be provided to you as it becomes available. The government hereby reasserts its request for reciprocal discovery, first requested on October 2, 2018.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Craig R. Heeren
Craig R. Heeren
Michael T. Keilty
Assistant U.S. Attorney
(718) 254-6467

Enclosures

cc: Clerk of the Court (SJ) (by ECF) (without enclosures)