# Exhibit A

██████████████

Title:  (U//FOUO) Status Updates from LEGAT Tunis
Re:  ████████████  02/22/2017


**Official**

**UNCLASSIFIED**

On February 22, 2017, ALAT Tunis provided the following status update on the captioned subject:

Hi Ryan,

FYI-  We met with the MOJ yesterday to discuss a couple of issues which included AUGUSTINE.  MOJ confirmed his Appeal Hearing will be tomorrow. ███████████, who is the General Prosecutor for Criminal Matters advised that in the event that he wins the appeal he is not expected to be released right away.  This would be a process that would take some time.  He advised that the most likely scenario is that the appeal would uphold the conviction although the sentence itself may be "alleviated".  He added that it is unlikely this will happen because AUGUSTINE had actually confessed to the crime.  If he does win the appeal the process would begin to initiate deportation which would go through the diplomatic channels.  The Embassy would receive notification that an AMCIT is to be deported.   If the Tunisian judge decides he has served enough time under Tunisian law, he would NOT be extradited to face US. Charges for the same crime.  They cited that an individual can not be tried for the same crime twice.  We requested MOJ notify us of the appeal decision as soon as possible, especially if it looks like he may be deported back to the U.S.

Also, a consular FSN plans to be at the court tomorrow for the morning portion of the hearings, but we are told a decision wouldn't likely not be made in the evening.

We will keep you posted.

Thanks,

████████████

██████████████

**BA00000311**