# Exhibit 1

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 02/25/2016

BERNARD RAYMOND AUGUSTINE, date of birth 05/19/1996, was interviewed at the Tunisian National Guard (NG) HQ in Tunis, Tunisia. Present for the interview were ALAT [redacted], ALAT [redacted], Tunisian NG Colonel [redacted], and two Tunisian NG guards. After being advised of the identity of the interviewing Agents and the nature of the interview, AUGUSTINE provided the following information:

Since his detention, AUGUSTINE had been allowed to use the bathroom. He was able to get some sleep and has been able to eat. He was "smacked around" by the Tunisians holding him just prior to the interview. It occurred when after asking for a cigarette. Specifically, he was slapped on the back of the head. This was the first instance during his detention that something like this occurred. AUGUSTINE requested a cigarette, but did not want anything to drink.

AUGUSTINE resides at 5817 Horn Way, Keyes, CA and utilized cellular telephone number (209) 427-6028. AUGUSTINE is a regular guy that is studying Mathematics at Modesto Junior College. AUGUSTINE worked for Securitas Security for a year. He guarded a PG&E compound in Manteca, but stopped working there on 02/15/2016. He thinks he probably got fired. AUGUSTINE was paid a $1000 a month after taxes.

AUGUSTINE lives with his mother. He has two sisters NATASHA AUGUSTINE (age 15) and LISIA AUGUSTINE (age 21). AUGUSTINE does not consider that he has a father because his father is in jail. AUGUSTINE's father was sentenced on 08/27/2016 to four life sentences for murder . He is currently being held at Monterrey County jail. He spoke with his dad a week ago, but has only talked to him a couple times since he has been in jail. AUGUSTINE smoked marijuana when he was younger, around 15, but does not do it anymore. He was arrested and kicked out of school at about this

Investigation on 02/23/2016 at Tunis, Tunisia (In Person)

File # [redacted] Date drafted 02/24/2016

by [redacted]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

time, but it was "not a big deal". He is not taking drugs now and is not on medication.

AUGUSTINE grew up in a Christian family, but recently became interested in Islam by reading about it on-line. He watched videos from Islamic Guidance Channel on Youtube. He twice attended the Islamic Center of Modesto, on 8 and 15 January 2016. He remembers the dates because this is when he converted to Islam.

AUGUSTINE is in Tunisia because it is a stopping point on his way to see the "Khalifa". AUGUSTINE wants to go to the Khalifa because it is ruled by God's Law and not man's law. AUGUSTINE wanted to go to the Khalifa in Syria, but was not able to travel there because his passport was about to expire. His desired destination was Raqqa, Syria which he stated was in the Khalifa. The Khalifa is also known as the Islamic State. Since he could not go to Raqqa he decided that he would go to the Barqa Province of Islamic State. The Islamic State is where real Islam is practiced. AUGUSTINE did not want to go to Mecca because it was Saudi and they were not real Muslims. This was also true of the Muslims from AUGUSTINE's area in California, Islamic Center of Modesto, who do not like Islamic State because they worry about other things. AUGUSTINE discussed the fact that there is compulsory service in the Islamic State and that he may have to fight. AUGUSTINE stated that Islamic State has other administrative functions as well. Islamic State also governs the affairs of the people. AUGUSTINE wants to see Islamic State and how it functions.

AUGUSTINE is aware that Islamic State was believed to be behind the Bardo and Sousse terrorist attacks in Tunisia last year, but stated that he believed they were false flag operations that were carried out by the Tunisian Government. AUGUSTINE believes that mistakes can be made in asymmetrical warfare and that any civilians killed by Islamic State were probably as a result of these mistakes. AUGUSTINE does not support the killing of innocent civilians. There are rules in war for Islamic State. AUGUSTINE will not be recruited by Islamic State because if he sees them doing evil he would not support them and would just leave them. AUGUSTINE believes that Islamic State is blamed for some attacks, but they did not conduct them. AUGUSTINE is aware that Islamic State has claimed credit for

these attacks, to include Paris, and has threatened to conduct more attacks.

AUGUSTINE was trying to find someone that could help him travel to Islamic State in Syria or Libya. He utilized Twitter and conducted advanced searches but was unable to connect with anyone or obtain instructions on how to get to Libya.

The day before he left, 02/18/2016, AUGUSTINE bought a one way ticket on-line using his credit card. He drove to the Hayward BART station and left his car in space 80. He notified his family of the car's location. When he arrived at San Francisco Airport he was told by Turkish Airlines that he would not be allowed to travel unless he purchased a round trip ticket. He bought the round-trip and picked a random return date of 03/03/2016. He spent 15 hours on the ground in Istanbul. During his lay-over he was surprised to see his Imam from the Islamic Center of Modesto. AUGUSTINE talked to the Imam who was traveling to visit his family in Turkey. AUGUSTINE then flew to Tunis. AUGUSTINE's plan was to fly to Turkey, fly to Tunis and take a bus to the Libyan border. AUGUSTINE arrived in Tunis with $250 USD. AUGUSTINE stayed at the Novotel hotel in Tunis for a night. While in Tunis he met a Ben Wali. Ben Wali, who he did not previously know, spoke English. AUGUSTINE went out with a group of Tunisians to the Rock n Roll Cafe where he had fun. The following day, AUGUSTINE traveled to Kairouan. In Kairouan, he took a taxi. Upon exiting the taxi, AUGUSTINE decided to leave his bag, which contained two suits, in the cab. In Kairouan, he visited the Zitouna and Jamat Jamel Mosques. In Kairouan, he took another 600 Tunsian Dinar (TND) out of the bank at an ATM. AUGUSTINE hoped that someone could help him get to Libya. AUGUSTINE's plan at this point was to get to Tatouine which was close to the border with Libya. AUGUSTINE was told by someone that he met that he should go to Monastir where he would be able to take a bus to the Libyan border. AUGUSTINE traveled to Monastir where he met a group of individuals that told him they could take him to Libya for 400 TND. The group told AUGUSTINE that they would meet him the following morning. The following morning, AUGUSTINE realized that the individuals would not be meeting him, so he decided that he would walk to Libya. On his way to Libya, he stopped at a fruit stand to buy some fruit with some leftover coins. He decided to sell his cellular telephone to the woman that ran the fruit stand for 150 TND. The man at the fruit stand called the police who then came and picked him up. AUGUSTINE at first lied to the Tunisians by stating that he was

going to Libya to write a book. He then decided he didn't care what happened to him so he told them the real reason he was going to Libya.

AUGUSTINE did not have a plan on how to get to Sirte. AUGUSTINE planned to make his way to Tripoli then travel to Sirte. AUGUSTINE was upset that he didn't realize that there are flights from Tunis to Tripoli because he would have flown there instead of trying to walk. It is possible that when he reached Sirte that he could get recruited.

AUGUSTINE told his mother a week or so before leaving that he was going to Libya, but he did not tell her when he was leaving. AUGUSTINE informed his mother that he had departed only after he had left. Since his departure, he sent his mother an email and talked to her on Facebook. AUGUSTINE's mother told him that if anyone asked her where he [AUGUSTINE] was going that she would tell them. AUGUSTINE did not tell anyone else that he was traveling although his mother may have called someone. He has no Muslim friends or friends that think like him. He has a friend named Reginald Jenkins, 20 years old, who lives down the street. Since he has been in Tunisia he has not tried to reach out to anyone else. No one besides his mother knows that he is in Tunisia.

AUGUSTINE stated that he just wanted to go and see Islamic State and determine if he likes it. If he doesn't like what is going on there he will leave, but if he likes Sirte then he will stay. A German journalist named Jurgen Todenhofer visited Raqqa and was able to return to Germany. AUGUSTINE admitted that he was not currently a journalist but that he could become one. AUGUSTINE understands that these are dangerous places and admitted that he is afraid, but he is more afraid of God than of life on this Earth. AUGUSTINE stated that his going to see Islamic State would not be material support to terrorism. He has not broken any laws and would like to be allowed to continue to Libya.

AUGUSTINE does not hate the US Government, but has issue with it because it is not God's government.

AUGUSTINE does not know what will happen to him, but hopes that he is allowed to continue to Libya.

AUGUSTINE uses the following emails and Facebook addresses:

BernardAugustine6991@yahoo.com
BernardAugustine6991@gmail.com
Bernard@Shopping@yahoo.com
Bernard@College@yahoo.com
Facebook: BernardAugustine

AUGUSTINE stated that he does not have a Viber or Twitter account.