UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Docket#** 18-cr-00393-SJ-RML-1 |
| - versus - | U.S. Courthouse<br>Brooklyn, New York |
| BERNARD RAYMOND AUGUSTINE, Defendant | February 27, 2018<br>5:22 PM |

TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
BEFORE THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE

**A P P E A R A N C E S:**

**For the Government:** **Richard P. Donoghue, Esq.**
United States Attorney

BY: **Peter Baldwin, Esq.**
**Raj Parekh, Esq.**
Assistant U.S. Attorney
271 Cadman Plaza East
Brooklyn, New York 11201

**For the Defendant:** **Samuel Jacobson, Esq.**
Federal Defenders of New York
One Pierrepont Plaza
16th Floor
Brooklyn, NY 11201

**Transcription Service:** **Transcriptions Plus II, Inc.**
61 Beatrice Avenue
West Islip, New York 11795
laferrara44@gmail.com

Proceedings recorded by electronic sound-recording, transcript produced by transcription service

THE CLERK: We have a Criminal Cause for Arraignment. It is 16-m-1107, United States v. Bernard Raymond Augustine.

Counsel, state your appearances please.

MR. BALDWIN: Good afternoon, your Honor.

Peter Baldwin on behalf of the United States, and with me at counsel table is Raj Parekh, who is a trial attorney with the National Security Division.

MR. PAREKH: Good afternoon, your Honor.

THE COURT: All right. Good afternoon.

MR. JACOBSON: Good afternoon, your Honor.

Same Jacobson, Federal Defenders, on behalf of Mr. Bernard Augustine, who is present next to me.

THE COURT: Okay. All right. So Mr. Jacobson, your client speaks English; is that right?

MR. JACOBSON: Yes, he does.

THE COURT: All right. So Mr. Augustine, the purpose of today's proceeding is to make sure that you understand the crimes with which you're charged, to make sure you understand some of your rights in this proceeding, and to address the question of whether you're going to be held in custody or released on bail.

With regard to your rights, you have the right to remain silent. That means you don't need to say anything. Anything you do say except to your attorney

may be used against you.

Do you understand that? That you can answer. Talk to your lawyer.

(Counsel and client confer)

THE DEFENDANT: Yes.

THE COURT: Okay. You also have the right to be represented by an attorney. If you can't afford an attorney, the Court will appoint one to represent you. In connection with your exercise of that right, I have this document, the financial affidavit. Are the statements in this document, correct?

THE DEFENDANT: Yes.

THE COURT: Okay. And at the bottom, is that your signature?

THE DEFENDANT: I'm sorry?

THE COURT: Is that your signature down at the bottom?

THE DEFENDANT: Yes, ma'am.

THE COURT: All right. So based on what it says in the financial affidavit, it appears you would not be able to afford an attorney so one will be appointed to represent you. All right.

Would you like Mr. Jacobson to be appointed as your attorney?

THE DEFENDANT: Yes, ma'am.

THE COURT: All right. So he is appointment.

Okay, so there's a document called the complaint. I'm holding up my copy. Have you seen this? Did you see that document?

THE DEFENDANT: Yeah.

THE COURT: Maybe Mr. Jacobson --

THE DEFENDANT: Yes.

THE COURT: -- has a copy there?

THE DEFENDANT: Yes, ma'am.

THE COURT: All right. Did you read the document?

THE DEFENDANT: Yes, I did.

THE COURT: Do you understand it?

THE DEFENDANT: Yes, I understood it.

THE COURT: All right. And did you go over it with your lawyer?

THE DEFENDANT: Not yet.

THE COURT: Okay. Do you need a chance to talk to Mr. Jacobson about the complaint?

THE DEFENDANT: Hmm.

THE COURT: Okay.

THE DEFENDANT: I think we have been doing that.

THE COURT: So let me explain a little bit of what's going on here. This is a short proceeding where

we're just making sure you understand what the government's position is with regard to the -- you know, that it alleges that you've committed certain crimes.

The basis for the government's belief is set forth in the complaint. We just want to make sure you understand that there's going to be -- the case will proceed.

THE DEFENDANT: Okay.

THE COURT: Maybe there will be some discussions between you, and your lawyer, and the government, maybe it will go to trial.

THE DEFENDANT: Understood.

THE COURT: We don't know. When I ask you do you -- you know, do you understand what's going on, and have you had enough of an opportunity or have you had an opportunity to discuss this with your lawyer, it's only with regard to today's proceeding, not --

THE DEFENDANT: I understand.

THE COURT: -- do you know what's going to happen in your entire case.

THE DEFENDANT: Understood.

THE COURT: All right?

THE DEFENDANT: Understood.

THE COURT: All right. So have you had a sufficient opportunity to review the complaint with your

attorney?

THE DEFENDANT: Yes.

THE COURT: Okay. All right.

So Mr. Jacobson, have you gone over the complaint with your client?

MR. JACOBSON: Yes, Judge.

THE COURT: And do you believe he understands it?

MR. JACOBSON: I do.

THE COURT: Okay. And have you explained to him his rights in this proceeding?

MR. JACOBSON: I have.

THE COURT: Okay. What's your position with regard to a preliminary hearing?

MR. JACOBSON: We waive the preliminary hearing.

THE COURT: Okay. And is your client a U.S. citizen?

THE DEFENDANT: Yes.

THE COURT: And is there any issue of inventory?

MR. JACOBSON: There is, Judge. I believe a number of items were seized from him this afternoon. I would just ask that the government provide us with an inventory, as soon as they can. We haven't had a chance

to review that.

MR. BALDWIN: And your Honor, I've spoken with the agents. They will provide me with a copy of that inventory, and I will provide it with all speed to Mr. Jacobson.

THE COURT: Okay. All right. If any issue arises, you can raise that with the Court.

All right. Is there a bail application?

MR. JACOBSON: Not today, Judge. If the government is seeking detention, which I believe they are, we would consent to a permanent order today with leave to present a bail application in the future.

THE COURT: What's the government's position?

MR. BALDWIN: Your Honor, for the reasons that are articulated in the letter, which we've provided to the Court earlier today, the government is seeking a permanent order of detention in this case.

THE COURT: And that -- I don't know. Was there a letter? I'm sorry. I'll take a look at it but I don't have the letter. Do you want to take -- do you have it?

UNIDENTIFIED SPEAKER: Nope.

THE COURT: All right. Just give me a minute. I'm going to look at it.

(Pause)

THE COURT: All right. So Mr. Jacobson, you've seen a copy of the letter?

MR. JACOBSON: I have, Judge.

THE COURT: Okay. All right. So the government is seeking the permanent order of detention. So there's no bail package at this time; is that right?

MR. JACOBSON: That's right.

THE COURT: Okay. All right. So I am going to enter the order of detention pending trial with leave to reopen and present a bail package in the future.

Does your client have any medical issues?

MR. JACOBSON: Judge, I'm actually -- we're not sure, and we'd ask the court to order MDC to conduct a full medical evaluation. Mr. Augustine was in custody in Tunisia for the last two years. I have no idea what the quality of medical care was. I believe he was not seen by a physician. So I think it would be prudent to have him checked for any physical or mental ailments when he arrives at MDC.

THE COURT: All right. So he can put that on the medical memorandum. We'll put it in.

UNIDENTIFIED SPEAKER: Do we have the marshal number?

UNIDENTIFIED SPEAKER: The number?

THE COURT: Marshal number.

All right. Are there any other issues?

MR. JACOBSON: Not for Mr. Augustine.

MR. BALDWIN: Not from the government, your Honor.

THE COURT: Okay. All right. So we'll just get that medical memorandum from you and put that in. All right. Thank you.

MR. BALDWIN: Thank you, your Honor.

(Matter concluded)

-o0o-

# C E R T I F I C A T E

I, LINDA FERRARA, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **18th** day of **November**, 2019.

Linda Ferrara

Linda Ferrara

AAERT CET 656

Transcriptions Plus II, Inc.