Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

February 13, 2020

Magistrate Judge Robert M. Levy
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: <u>United States v. Bernard Augustine, No. 18-393</u>**

Dear Judge Levy,

On November 13, 2019, Mr. Augustine moved to compel the government to provide additional discovery documents with respect to Mr. Augustine's arrest and prosecution in Tunisian. Dkt. 41. On November 27, 2019, the government opposed the request, arguing the requested information was not discoverable under Rule 16. Dkt. 51. During a hearing on January 3, 2020, however, the government stated that it had already provided the defense the "entire file provided by the Tunisians" to the government. Tr. 16. The Court asked the government if they had "asked for all the Tunisian documents," "received a response to the request," and "turned everything over to the best of your knowledge." Tr. 84. AUSA Heeren replied, "I want to be careful about what the request said. I don't specifically recall what it said. I presume it would have asked for everything related to this case, but I don't have the language in front of me." Tr. 84. The Court asked the government to "clarify" what had occurred. T. 84.

On January 24, 2020, the government submitted a letter in "response to the Court's request for information regarding" what was "sought from" and "provided by" "Tunisian authorities regarding this case."[1] The government said that it "requested (1) an opportunity to interview the defendant and (2) copies of records in

[1] It does not appear that this letter has been filed yet on ECF, so no docket number is available for it, but it was sent to the defense and the court via email and is dated January 24, 2020.

Tunisia's investigative file relating to the Tunisian detention and investigation into [Mr.] Augustine." It states that it has "turned over" to the defense "all documents provided in response to this request."

The defense is now writing to respectfully request that the Court require the government to provide additional information about what the government requested, received, and produced as the government's short and confusing letter does not provide the requested clarification.

First, the government says that it "requested [ ] an opportunity to interview" Mr. Augustine. This statement is puzzling on its face: Is the government saying that it made a request directly after Mr. Augustine's arrest in February 2016 to interview him? Is it referring to a formal documentary request it made to speak to Mr. Augustine at that time or another time? It is unexplained and unclear. While the Court is well aware that the defense does have some documents relating to an interrogation of Mr. Augustine by the FBI, the defense has not been provided documents relating to the government's "request[ ]" to "interview" him.

Second, the government says it requested "copies of records in Tunisia's investigative file relating to the Tunisian detention and investigation into [Mr.] Augustine." Was this request made at the same time as the request to "interview" Mr. Augustine, presumably back in 2016? Or was the request made more recently in the context of Mr. Augustine's United States prosecution? If the former, the defense respectfully requests that the Court order the government to make an updated request. The defense also respectfully requests that the Court order the government to provide additional information and clarification about what documents it requested and received.

Third, based on a review of the discovery provided, it still appears that the defense does not have the "entire file provided by the Tunisians." The defense has received only 18 pages of documents that appear to be from the Tunisian authorities regarding Mr. Augustine's case. BA 271-290.[2] The brevity of these documents on its own suggests that it is not the entire file on Mr. Augustine's arrest and prosecution in Tunisia. Also, these documents reference additional documents that do not appear to be included in the discovery. For example,

[2] We also received what appear to be the same documents in Arabic. BA 252-268

- There is a list of documents on BA 287-88 that are meant to be "attachments" to document BA 286. (This list of documents are attached to this letter). It is difficult to match the listed attachments with the discovery turned over by the government. For example, is the document titled "interrogation record" from "03/06/01" [sic], BA 275, the same document as the "interrogation report for Raymond Augustine" referenced in the list of attachments? It is not clear. But, what is clear is that we do not seem to have all of the attachments, including:
    - The international authorization;
    - The legal authorization sent to the head of the Legal Identification Department in Tunis;
    - Results of the legal authorization produced by the Department of Legal Identification in Tunis; and
    - Results of the legal authorization produced by the officers of the National Terrorist Crimes Investigation Unit of the General Directorate of the National Guard.

- Document BA 278 references the "record of investigation No. 16-3-158 of February 24, 2016, written by officers of the National Unit for Investigations of Terrorist Crimes of the General Directorate of the National Guard." The government does not seem to have provided us this record of investigation.

- The earliest date of the Tunisian documents is March 1, 2016. No Tunisian documents from Mr. Augustine's arrest on February 22, 2016, until March 1, 2016 seem to be included in the discovery provided to Mr. Augustine.

Therefore, the government's representation that it requested the full Tunisian file and provided it to the defense does not appear to be accurate.

Based on the government's insufficient explanation of what it requested and received from Tunisia, we ask the Court to order the government to provide additional information. We also respectfully renew our motion to compel discovery.

/s/
Sam Jacobson
Allegra Glashausser
Assistant Federal Defenders
Federal Defenders of New York

(212) 417-8739
allegra_glashausser@fd.org