**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/MTK
F#2016R00308

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 24, 2020

By Hand

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Bernard Raymond Augustine
Docket No. 18-CR-393 (SJ) (RML)

Dear Judge Levy:

The government writes in response to the Court's request for information regarding what was sought from, and provided by, Tunisian authorities regarding this case. The government requested (1) an opportunity to interview the defendant and (2) copies of records in Tunisia's investigative file relating to the Tunisian detention and investigation into Augustine. The government has reviewed its files and confirmed that it has turned over to the defendant all documents provided in response to this request.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ Craig R. Heeren
Craig R. Heeren
Michael T. Keilty
Assistant U.S. Attorneys
(718) 254-7000

cc: Defense Counsel