**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/MTK
F#2016R00308

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 22, 2020

By ECF

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Bernard Raymond Augustine
Docket No. 18-CR-393 (SJ) (RML)

Dear Judge Levy:

The government writes in response to the Court's request for further information about the materials obtained from Tunisia related to the above-referenced case. The government contacted Tunisian authorities in or around late February 2020 about any additional materials associated with the matter apart from what was already disclosed to the defendant. Following the issuance of the Court's Report and Recommendation, the government again attempted to contact Tunisian authorities about any purported additional materials. To date, the government has received no response or any additional materials.

Respectfully submitted,

SETH D. DUCHARME
Acting United States Attorney

By: /s/ Craig R. Heeren
Craig R. Heeren
Michael T. Keilty
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (by email)
Defense counsel (by email)