TRULINCS 90712053 - AUGUSTINE, BERNARD RAYMOND - Unit: BRO-J-A

RECEIVED
OCT 19 2020
PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 19 2020 ★
BROOKLYN OFFICE

FROM: 90712053
TO:
SUBJECT:
DATE: 10/11/2020 03:41:57 PM

To Judge Levy

My lawyers just filed a bail application/letter and they made a lot of mistakes on section 2, regarding the "abuse" I experienced at MDC. Mabey my lawyers account of what happened was mistaken due to the difficulties in communication we are experiencing. Also my lawyers account of what happened might look better that what really happened in regards to me getting bail, but i strive my best to be honest and i wont let there be a mistake in this bail letter and i wont feel secure about getting released based on misinformation.

The chain of events is as i record below:
On april 24th the begening of ramadan, the gaurd on duty moved my cellmate who is also a Muslim and placed a gangmember in my cell. I refused to share a cell with a gangmember as it is not safe. I was taken to the SHU (segerated Housing Unit) and i remained there for the weekend. I was then taken to a different unit. I refused to stay on that unit and asked to be taken to SHU. The guards in charge decided to put me in the covid-quarantine unit as punishment. I recall the head of the Disturbance Control Team, the same team who gassed jamal floyd to death, say " put him with the killers" refering to the covid unit.I had to share air vents and showers with infected inmates. they kept me there for 3 weeks before the moved me to SHU then I accepted to go back to general population, but once again they placed me in a cell with a gangmember and i refused to share a cell. Keep in mind that i always respectfully ask that the admin put me with a Muslim or non-affliated inmate. and this is very much easily within thier ability. So after i once again refuse, the DCT guards come and take me to SHU, one of the guards mocks and insults my relligion and fellow muslims. I also hear them talk about putting me in a cell with MS-13 inmate and watch us fight to the death. and they were laughing and placing bets on who would win. then i began a hunger strike to show the admin that im serious about only keeping a Muslim cellmate. after 3 days on the hunger strike the guards tell me that they wont recognize my hungerstrike because i have a cellmate(who was not gang-affliated)So i decide to protest for a cell change by "holding up the food/cuffing slot" which is the only way to get the lieutenants atention and is the most common method for conflict resolution in the SHU. so when i put in hand in the slot to block it, the guard says "Im going to break your fucking hand". and then that is what he tries to do by cuffing my left hand and twisting my hand and arm into a unnatural position. At this point the pain is so intense that i am sreaming. the gaurd then starts to play a game, he would pause by releasing pressure while still keeping arm in that same position so i would stop screaming and then he would resume applying pressure so i would resume screaming. All of this is recorded on camera at MDC. The guard calls the DCT who comes to my cell and holds a can of pepper spray my face. then the guard removes my cuff and i give up the slot as i am afraid get sprayed . Now i am on a hungerstriker 3 days and just been tortured, i am so mentally distressed that i try the only way i know will force the guards to move me. I pretend to hit my cellmate. I only pretend to. i DID NOT hit him. then the guards told me to get on the floor and i comply. They then make a use of force on me. this includes them (6 or 7 guards)standing and kneeling my limbs, back, head and back of my neck. then then cuff my legs and hands behind my back and stand me up. and then they force me to walk bent over with my head almost touching my knees and backwards over to the medical nurse. the leg shackles were so tight it was cutting into my achilles tendon. I could not take a step without agonizing pain but they forced me to anyways. the nurse instructs the gaurd to remove the leg shackles. the guards then attempt now to once again place me with another inmate so as to deny me a hunger strike and to continue to recognize my hunger strike. So i do what i am forced to do. i tell the other inmate that we must fight as it is the only way i can place my self ina cell by myself. the other inmate offers to go on suicide watch so they can leave the cell for me. but the guards dont accept this and they take me to another inmates cell. I resist and tell the guards , reming them that im on a hungerstrike and must be in a cell by myself. they dont care and laugh and force me into the cell. I do what i am forced to do, i tell the inmate that we must fight and thats what we do. we fight a very violent fight. the guards just keep looking and laughing. you see the fight is not over until one of us loses. the fight ends with my loss, this includes my almost losing consiousness and getting about 20 blows to the head. okay now i imderstanfd, i deserve it. but that is not the point. the point is that the guards remove me from the cell and take pictures of my broken face and they ask me" are you ready to get in a cell with another inmate" I say no, that i will continue to fight till i get in a cell by my self. they then agree to give me a cell by myself. although they continue to refuse to recognize the hungerstrike. and on top of this they dont file an incident report regarding the fight and later they try to cover up this incident my putting the photos in an incident report with the first inmate.
the point im trying to make here is that at MDC there is no respect for peaceful conflict resolution, the guards here only respect and encourage violence. If you show them that you are willing to take a lot of pain, physical pain, then they will acommodate you, because they enjoy emplying use of force methods. they are constantly laughing and joking and discuss up new techniques to hurt or break inmates. i know this because i heard it first hand. and other inmates know this as well. Soon after this event i found out that the person who the gaurds forced me to fight was part of the same group i had a conflict with last year when i acted in defense of a third party, an individual who was being assaulted by that group. So had i willing gone in this cell with this person who was previosuly unknown to me, my life would have been at risk considering that group may be have a hit

---

placed on me. This type of incident is not exclusive to me alone. Judge levy ,i want you to know this is something systematic at MDC. Inmates must either accept putting thier life at risk by accepting a random cellmate or use unconventional methods to have gaurds move them to a cell alone or with another inmate of the same-affliation.

Mabey after reading this you would be discouraged to grant me bail and i understand that. But i hope you understand that everything I did is natural as this is how the mind reacts to living ina state of terror. living as a detainee in MDC it is inevitable that a person will find themselves in such a situation. I hope the Judge will grant me bail pending trial.

Inregards to the April 23th letter in which i intended to boycott the justice system, my lawyers said previously that it was in response to my mistreatment at MDC, but in truth I intended to boycott the justice system after reading the biography of Assata Shakum also known as deborah Joanne Chesimard , a black panther member who was prosecuted by US justice Dept and i was severly depressed at how she was treated in regards to the judicial procedings of her case. So i wished to boycott the justice system until my lawyers convinced me to do otherwise. Inregards to the religious statements I made in that letter I continue to stand by it and this is not new to me being muslim. the religion i was raised upon which was christianity, I was compelled by my beliefs to disassoiate from alliegance to nationalism. Infact the first time I was called a terrorist was when i was 8 years old and i just came to the USA, on my first week in school for refusing to pledge alligance to the flag. That being said if you are considering granting me bail, I assure you that I give my word as a muslim that i will fulfill and abide by6 the terms and conditions of bail.

And one last thing, if the prosecutors try again to bring up any misogynistic statements that i made while i was a teenager, i want the Judge to understand that most of those statements i might have made before i converted to Islam, and if i made some statements after that , it was just characteristics that i carried over from the white male patriarchal culture i was raised in California and the US. There is no place in Islam for misogny or chauvinism.

I hope the Judge will grant me bail, I am not a dangerous person. I am not a violent person. I have no history of hurting anyone. I have not been accused of hurting anyone or even attemting to hurt anyone. I am an innocent person , not convicted. and i am a family man. I was a teenager desperate for a better life and turned in the direction that promised that, my religion.

Sincerly Bernard Augustine

058
Detention Center
Y 11232

Legal Mail – Out Going

NEW YORK NY
14 OCT 2020 PM

Judge Robert Levy
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

USMS

Legal Mail Out going