**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH
F. #2016R00308

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 16, 2020

By Email and ECF

Allegra Glashausser
Samuel I. Jacobson
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

Re: United States v. Bernard Augustine
Criminal Docket No. 18-393 (SJ)

Dear Counsel:

Pursuant to Title 18, United States Code, Section 3500, the government hereby furnishes the enclosed material with respect to the upcoming suppression hearing in the above-referenced case.

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By: /s/ Craig R. Heeren
Craig R. Heeren
Assistant U.S. Attorney
(718) 254-6467

Enclosures (3500-PZ-000001 - 3500-PZ-000005)

cc: Clerk of the Court (SJ) (RML) (by ECF) (without enclosures)