RECEIVED
DEC 07 2020
PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 07 2020 ★
BROOKLYN OFFICE

To Judge Johnson

I am making a motion to Compell Discovery Specifically State Department Communication Records. specifically any communication in any form with the Tunisian Government personelle regarding myself, Bernard Augustine, at the time of my arrest and joint interrogation by the FBI and Tunisian Authorities which was begun on Feburary 23 2016 and any communication in the following days and weeks.

In addition I would like to compell discovery of the same nature (State Dept Comm Records with the Tunisians) regarding the meeting set up in a Joint Capacity on May 25 2016 where the FBI and Justice Dept Attorney (Ryan Larkin and Raj Barak) ~~tried to~~ "arrested" and attempted to interrogate me.

I chose to remain silent.

I want the communication Records any US Gov official had with any Tunisian Gov official regarding the setting up of this meeting and any follow up.

This is required for my motion to Dismiss, to prove the Bartkus Exception to the Dual Soverignity Doctrine of the Double Jeapordy clause. The US government should hand it over immediatly if they dont have any thing to hide. Dont let this end up like UZair Parachas case.

Thank You, Respectfully Bernard Augustine

To Judge Johnson

I have been asking my lawyers to file a more specific motion for Discovery for documents, records related to my Double Jeopardy claim in the Motion to Dismiss But they have ignored me. Enclosed with this letter are emails I sent my lawyers asking them to do so. But I did not even get a response from them. So I wrote a motion myself to the best of my ability.

Thank you [signature]

---

FROM: 90712053
TO: Glasshauser, Allegra; Jacobson, Samuel; Shroff, Sabrina
SUBJECT: Important
DATE: 11/30/2020 09:48:32 AM

Im really thinking that you are now ignorning me. I want you to put in a motion for discovery and 3500 material by tommorow or i will complain to the judge that you are ignorning me. Thre is either exculpatory evidence in the communications of the state dept with the tunisians in the first weeks of my arrest or evidence that supports the bartkus exeception of the duaL sovreignity doctrine for a dismissle by double jeapordy ruling. I dont know why you have not done it yet? i have printed all the emails i have sent you asking for this and i will email dierdre van dorum and tell her your ignoring me. the last time i put in a motion to replace concle i cancelled it because you did what i asked at the last minute. im assuming now that you took that as a sign of weakness. but if you force me to go that route again i will not go back on my decision.

TRULINCS 90712053 - AUGUSTINE, BERNARD RAYMOND - Unit: BRO-J-A

---

FROM: 90712053
TO: Glasshauser, Allegra; Jacobson, Samuel; Shroff, Sabrina
SUBJECT: HI!
DATE: 11/02/2020 08:42:05 AM

HI EVERYONE
SO WHATS UP WITH THE TRIAL. WE GOING TO PREPARE FOR IT OR WHAT. JUST LETTING YOU KNOW I AM NOT ACCEPTING ANY DELAYS. THAT MEANS THAT IF THERE IS A DELAY, WHETHER ITS YOU FAULT OR NOT ,IM GOING TO BLAME YOU. AND PLEASE PUT IN A MOTION TO COMPELL DISCOVERY OF STATE DEPT RECORDS FOR THE COMMUNICATION (PHONE CALLS /EMAIL) WITH THE TUNISIANS. I CHECKED MY DISCOVERY AND THERE IS PART OF THE DISCOVERY MISSING BECAUSE I SEE SOME DEPARTMENT OF STATE RECORDS BUT A LOT IS MISSING. YOU GOT 14 DAYS TO DO THAT THEN I WILL DO IT MYSLEF AND COMPLAIN TO THE JUDGE THAT YOU ARE IGNORING ME. SORRY ITS NOT PERSONAL, I JUST KNOW THATS HOW YOU WORK BECAUSE THATS THE ONLY WAY WE GOT SO FAR. (LOL BUT TRUE)
THANK YOU BERNARD A

---

FROM: 90712053
TO: Glasshauser, Allegra; Jacobson, Samuel; Shroff, Sabrina
SUBJECT: Motion to compel discovery!/double jepordy
DATE: 10/14/2020 06:48:14 PM

Hi Sam , Allegra and Sabrina
I want to to immediatly file an formal motion to compel discovery. the discovery which i need to prove the bartkus execption to the dual soveriegnty doctrine is in the communication of the US State Department /Embassy/FBI attache to Tunisia. Any communication verbal , phone calls and emails must be requested , I also want anyone involved who had communication with the tunisians to be supeoned to get a signed affadavit recording thier statements as regards my case(in tunisia,monitoring in prison, extradition ect.) from the moment i entered tunisian custody till the day i was handed over to the government!)
I have someone prepared to contact a new organization if i dont govt access to this information. because i believe there in information there giving evidence that the US directed my interrogation under the tunisians in a "blacksite" where i experience torture and witnessed tunisian muslims being tortured and directed the tunisians to prosecute me and refused when they wanted to return me to the custody of the US.

and i know this is irrelavant to trial so theres nothing here that should be the cause to delay trial.

Thank you Bernard Augustine.

TRULINCS 90712053 - AUGUSTINE, BERNARD RAYMOND - Unit: BRO-J-A

---

FROM: 90712053
TO: Jacobson, Samuel; Shroff, Sabrina
SUBJECT: dont bother coming to mdc
DATE: 11/14/2020 08:11:09 AM

because you cant even answer my emails , why should i expect you to answer any questions i may have in person if you cantr even answer simple questions on email. and i dont want to hear any nonsense email is monitored. we both know that the case is not complicated. 2 and half years and you people still treating me like an idiot. smh
thanks Bernard Augustine.

... 90712-853
Metropolitan Detention Center
Brooklyn NY 11232

Legal Mail - outgoing



Judge Sterling Johnson
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

USMS

Legal Mail - outgoing