Received by the Pro Se Office
12/13/2020-KC

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 13 2020 ★
BROOKLYN OFFICE

To Judge Johnson

On December 9th during my telephone court
session I tried to speak to the Judge
but I was muted by the phone operator.
I think that is violating my rights in some way
I ask the Judge to please instruct the
phone operator not to do that Again.
I wanted to adress the Judge to
revoke my motion to supress.
I want a trial as Immediatly as passible
as is my right. I have been
detained for 5 years almost! I am
innocent and must have a trial immediatlly
There is no excuse to delay.
Covid-19 is not an excuse and
even if it was. what about my life
or my safety.
I want a trial NOW!
Bernard Augustine

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address

Bernard Augustine
USM 90712-053
Metropolitan Detention Center
100 29th St
Brooklyn, NY 11232

NEW YORK NY 100
10 DEC 2020 PM 13 L




Judge
To: Sterling Johnson
Eastern District of New York
225 CADMAN Plaza East
Brooklyn, NY 1120

11201-183299