**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMP:CRH/JH/JEA
F#2016R00308

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 19, 2021

By ECF

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Bernard Raymond Augustine
Docket No. 18-CR-393 (SJ) (RML)

Dear Judge Levy:

The government writes in response to the Court's order to provide information about the witnesses it may call at a detention hearing in this case. See Order, ECF No. 117. The government advises that, should the Court schedule a detention hearing in this matter, the government intends to call the person previously identified as "Individual-2" in the government's prior submissions, but the government does not intend to call the person previously identified as "Individual-1." Individual-2 has completed his sentence, currently resides outside the United States, and has advised that he would be willing to appear as a witness by teleconference. Individual-2 did not identify any specific dates in which he would be unavailable.

Respectfully submitted,

SETH D. DUCHARME
Acting United States Attorney

By: /s/ Craig R. Heeren
Craig R. Heeren
Josh Hafetz
Jonathan E. Algor
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (by email)
Defense counsel (by email)