Motion to Dismiss Based on 01/13/2021

Proof of "No Intent"

Proving Intent is an element of the Material Statute. Normally the US Gov. will have to prove Intent at trial but there does not have to be a trial because I can prove I did not have the Intent to Attempt to provide Material Support. The rule is Innocent until proven guilty. But I can do a "one up" for the court and prove I am innocent.

In Feb 2016 the FBI Recorded in their 302 Report that I stated that I am "Not" providing Material Support.

Proof 1. Exhibit A: Handwritten Notes of FBI Agent NAME: Unknown Initials P.Z.
Also Document # 3500-PZ-000011

Proof 2 Exhibit B: Doc # BA000012 302 Report

01/15/2021

I, Bernard Augustine am setting a deadline for the court to rule on the Motion to Dismiss and to compell discovery and to grant me a trial. The deadline is Feburary 23 2021, five years exactly to the date my freedom was stolen by The US Gov and their Tunisian Proxy. If this deadline is not met with what I request I will withdraw and boycott the justice system and as my case is among the weakest cases ever prosecuted I will set a precedent for future Material Support Defendants Future Defendants will know that they cannot and will not be given a fair due process. This will cause the future defendants to abandon hope in the United States Judicial System and you can possibly imagine the implications of that which I wont mention. This is a path I will persue Inshallah.

NOTE: I WILL NOT BOYCOTT IF I AM GRANTED BAIL BY JUDGE LEVY

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 27 2021 ★
BROOKLYN OFFICE



AUGUSTINE does not know what will happen to him, but hopes that he is allowed to continue to Libya.

AUGUSTINE uses the following emails and Facebook addresses:

BernardAugustine6991@yahoo.com
BernardAugustine6991@gmail.com
Bernard@Shopping@yahoo.com
Bernard@College@yahoo.com
Facebook: BernardAugustine

AUGUSTINE stated that he does not have a Viber or Twitter account.

going to Libya to write a book. He then decided he didn't care what happened to him so he told them the real reason he was going to Libya.

AUGUSTINE did not have a plan on how to get to Sirte. AUGUSTINE planned to make his way to Tripoli then travel to Sirte. AUGUSTINE was upset that he didn't realize that there are flights from Tunis to Tripoli because he would have flown there instead of trying to walk. It is possible that when he reached Sirte that he could get recruited.

AUGUSTINE told his mother a week or so before leaving that he was going to Libya, but he did not tell her when he was leaving. AUGUSTINE informed his mother that he had departed only after he had left. Since his departure, he sent his mother an email and talked to her on Facebook. AUGUSTINE's mother told him that if anyone asked her where he [AUGUSTINE] was going that she would tell them. AUGUSTINE did not tell anyone else that he was traveling although his mother may have called someone. He has no Muslim friends or friends that think like him. He has a friend named Reginald Jenkins, 20 years old, who lives down the street. Since he has been in Tunisia he has not tried to reach out to anyone else. No one besides his mother knows that he is in Tunisia.

AUGUSTINE stated that he just wanted to go and see Islamic State and determine if he likes it. If he doesn't like what is going on there he will leave, but if he likes Sirte then he will stay. A German journalist named Jurgen Todenhofer visited Raqqa and was able to return to Germany. AUGUSTINE admitted that he was not currently a journalist but that he could become one. AUGUSTINE understands that these are dangerous places and admitted that he is afraid, but he is more afraid of God than of life on this Earth. AUGUSTINE stated that his going to see Islamic State would not be material support to terrorism. He has not broken any laws and would like to be allowed to continue to Libya.

Exhibit B

AUGUSTINE does not hate the US Government, but has issue with it because it is not God's government.

☐ Mecca - Sentiment real Muslims

☐ Comp. SERVICE -
other things that
make it function -
Admin.

- Governs affairs of people -
- Mosque didn't like Islamic State.
- Asymmetric Warfare
- Mil. Support.

Note: Exhibit A

Bernard Augustine
USM 90712-053
Metropolitan Detention Center
100 29th st
Brooklyn, NY 11232

NEW YORK NY 100
20 JAN 2021 PM 13 L

RECEIVED
JAN 27 2021
PRO SE OFFICE

SWC

Judge Sterling Johnson
Eastern District of New York
225 CADMAN PLAZA EAST
Brooklyn, NY 11201

11201-183299

Legal Mail - Out going