FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 27 2021 ★
BROOKLYN OFFICE

UNCLASSIFIED
ARB report.docx

RELEASE IN PART D6

Exhibit A Other side underlined →

Friday November 11th, 2016

Location: Tunis 1 Court House

Attendees:

1- Augustine Bernard Raymond
2- [redacted] - LES
3- Ismail Ben Farhat – Augustine Bernard Raymond's lawyer
4- Translator

D6

Case: Augustine Bernard Raymond – PPt # [redacted]

REVIEW AUTHORITY: Sharon Ahmad, Senior Reviewer

08:35 – I arrived to the court house

09:30 – Judges seated

09:45 –Police brought approximately 30 prisoners including ABR

10:05 – Hearings started - The judge was going through all the cases one by one to know if the hearing will take place today or the it will be postponed.

10: 45 – ABR name is called – IBF said he is ready to plea, judge instructed both lawyer and ABR to sit until he finishes going through all the case.

11:15 – Judge finished the cases and moved to the actual hearing, since ABR is American, he decided to start with his case and called him to stand in front of him.

Judge started with the verifying the ID by asking name / surname / DOB / Name of parents … then he asked questions about the case:

Judge: How did you do to come to Tunisia?

ARB: I came through Turkey

Judge: why did you come to Tunisia?

ARB: I wanted to go to Libya

Judge: why did you pick Libya?

ARB: Because I want to live under the"Khilafa"

Judge: Are you aware that it's with Daesh ant it a terrorist group

ARB: Yes but I just wanted to go there, I have no intention to commit any terrorist act

Judge: Do you mean it's like the German journalist who went there to know people live there

RECEIVED
JAN 27 2021
PRO SE OFFICE

ARB: Yes exactly and I converted to Islam and I wanted to know the real Islam

Judge: what were you going to do exactly in Libya?

ARB: Just live there and learn about the economic and political history of Islam

Judge: why didn't you to Syria since you arrived to Turkey?

ARB: There is War in Syria and I didn't want to go to a place with war, Libya is stable, I thought I would be able to learn more in Libya.

Judge: Do you have anything to add.

ARB: I want to go back home with my family

Then the judge instructed IBF to do his plea, it was a long plea he basically talked about 4 points:

- ABR is a young lost American, he does not have any person he knows in Libya, he was fooled by the media and just wanted to learn more about his new religion Islam
- ABR was detained more the legal duration (legal duration 5 days and according to the police report he was detained 7 days w/o any charge against him), he also mentioned that it's not the Tunisian government who is responsible of the first days of detention.
- The file is empty; this court is judging allegations and "intention" which is against the law. He also said that the fact of wanting to go to Libya and live under Daesh is not incriminating, millions of people are living under Daesh authorities and they are not terrorists.
- There is no proof of any criminal act of offense done by ABR and therefore he asks for the dismissal of the case.

Exhibit A

I talked with the lawyer; he said that the final decision should be taken today, late evening/ early night. He said that it's possible that ABR will be released today.

Title: (U) Information Received from National Guard regarding Detention of USPER
Re: [redacted] 05/18/2016

National Guard requested an Legat Tunis contact him as soon as possible and advise what the US Embassy wanted to do with the USPER, specifically weather or nor we wanted to take custody of him. Legat Tunis explained that the FBI agents would not be able to take custody of him and that we would inquire with other Embassy personnel regarding what steps would be taken forward.

Exhibit C

(U/FOUO) On 23 February 2016, A/Legat Tunis [redacted] and ALAT Tunis [redacted] conducted an un-Mirandized interview with AUGUSTINE at National Guard Headquarters in Tunis, Tunisia. The interview is documented in FD-302 under separate serial.

[redacted]

**(U) Descriptive Data:**

(U) Main Subject

(U) Name: Bernard Raymond Augustine

(U) AKA: Bernard Raymond Ejaz

(U) DOB: 19 May 1996

(U) POB: Thane, India

(U) SSA: 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

(U) Passport Number: (US) 481513055

(U) Height: 5'11"



Exhibit B on other side

the National Guard, he chose to go to Libya and not Syria because his passport will expire in 8 months. AUGUSTINE does not know anyone in Tunisia and did not know anyone in Turkey.

(U/FOUO) He was born in Bombay, India and in 2005 went to Keyes, California with his family. His lives with his mother and two sisters in California. Hid father is in prison. AUGUSTINE is a math student at a school in Keyes California and works as a security guard for a gas company. AUGUSTINE was interviewed in English by the National Guard.

(U/FOUO) AUGUSTINE arrived in Tunisia on August 20th. He spent one night at the NOVITEL Hotel in Tunis and then went to Kairouan. After some time in Kairioun he went to Monastir. He spent one night in Monastir Hotel where he stayed in Room 303. People he met in Monastir told him that he could take a bus to Ben Guardane and then to Libya. The next day on 22 February, he departed Monastir. AUGUSTINE tried to find someone on Facebook to help him get from Tunisia to Libya.

(U/FOUO) AUGUSTINE told interviewers that he hated America and that the problems of the world were caused by the U.S. He added that America is a town of "Kafirs" and that they are the enemy of Islam. He stated the they must kill American politicians. He wants now lives in the "Dawlada Khalifa". He expressed that he wanted to stay in prison and would rather do that than go back to the United States.

(U/FOUO) Per the National Guard, AUGUSTINE had in fact broken Tunisian law by stating that he wanted to join DAESH and was asking people how to get to Libya. He knew if he continued to walk along the Mediterranean he would reach Libya. He insisted he wanted to join DAESH. The National Guard added that two months ago, the National Guard had arrested two French citizens in Tunisia who were also attempting to join DAESH. The two French citizens were given over to the French Embassy and deported.

Exhibit B

(U/FOUO) COL [redacted] stated that as an act of goodwill and friendship they were contacting the American authorities before AUGUSTINE was officially arrested and put into their Judicial Proceedings. The



Exhibit C on following page →

[redacted]

Title: (U//FOUO) Status Updates from LEGAT Tunis
Re: [redacted] 02/22/2017

Exhibit E

**Official**

**UNCLASSIFIED**

On February 22, 2017, ALAT Tunis provided the following status update on the captioned subject:

Hi Ryan,

FYI- We met with the MOJ yesterday to discuss a couple of issues which included AUGUSTINE. MOJ confirmed his Appeal Hearing will be tomorrow. [redacted], who is the General Prosecutor for Criminal Matters advised that in the event that he wins the appeal he is not expected to be released right away. This would be a process that would take some time. He advised that the most likely scenario is that the appeal would uphold the conviction although the sentence itself may be "alleviated". He added that it is unlikely this will happen because AUGUSTINE had actually confessed to the crime. If he does win the appeal the process would begin to initiate deportation which would go through the diplomatic channels. The Embassy would receive notification that an AMCIT is to be deported. If the Tunisian judge decides he has served enough time under Tunisian law, he would NOT be extradited to face US. Charges for the same crime. They cited that an individual can not be tried for the same crime twice. We requested MOJ notify us of the appeal decision as soon as possible, especially if it looks like he may be deported back to the U.S.

Also, a consular FSN plans to be at the court tomorrow for the morning portion of the hearings, but we are told a decision wouldn't likely not be made in the evening.

We will keep you posted.

Thanks,

[redacted]

[redacted]

BA0000371

The United States Department of State - Bureau of Consular Affairs

# ACS Activity Log

Report by [redacted] on December , 02ND 2020 14:48 ET

Exhibit D

*Sensitive But Unclassified (SBU) - Information Protected under The Privacy Act of 1974 (5 USC 552a as amended)*

## Activity Log

**Log Type:** Status Update **Source:** System **Assigned To:** [redacted] **Date Completed:** 01-MAR-2016
**Name:** New Case
**Description:** A new case was created. - TNS201606111182757

**Log Type:** Status Update **Source:** System **Assigned To:** [redacted] **Date Completed:** 01-MAR-2016
**Name:** New Arrest Service Created
**Description:** New Arrest Service Created.

**Log Type:** Case Note **Source:** User **Assigned To:** [redacted] **Date Completed:** 01-MAR-2016
**Name:** Dtainee Informed About Rights
**Description:** Detainee was informed that he is entitled to a Consular Visit and did not request one.

**Log Type:** Name Check Results **Source:** System **Assigned To:** [redacted] **Date Completed:**
**Name:** [redacted]
**Description:** [redacted]

**Log Type:** Name Check Results **Source:** System **Assigned To:** [redacted] **Date Completed:** 01-MAR-2016
**Name:** [redacted]
**Description:** [redacted]

**Log Type:** Attach File **Source:** User **Assigned To:** [redacted] **Date Completed:** 07-APR-2016
**Name:** Money Transfer From Mother
**Description:** Money Transfer From Mother

**Log Type:** Arrest Visit **Source:** User **Assigned To:** [redacted] **Date Completed:** 07-APR-2016
**Name:** Visit To Prisoner
**Description:** Visit to prisoner on 3-25-2016 - PAW signed

**Log Type:** Status Update **Source:** System **Assigned To:** [redacted] **Date Completed:** 07-APR-2016
**Name:** Proof of Citizenship Data Updated
**Description:** Modified by user: [redacted] Critical Field Added: Evidence of Citizenship Field Type Added: New Evidence of Citizenship 481513055, Issue Date: 16-Mar-2011, Expiration Date: 13-Mar-2016, Place of Issue: United States Of America - DEPARTMENT

**Log Type:** Attach File **Source:** User **Assigned To:** [redacted] **Date Completed:** 07-APR-2016
**Name:** PAW
**Description:** Privacy Act Waiver

**Log Type:** Arrest Visit **Source:** User **Assigned To:** [redacted] **Date Completed:** 20-APR-2016
**Name:** Visit
**Description:** No reports of misrtreatment No reports of Medical / nutition issues Delivered Clothes / books Deposit 200TND / prisoner account

**Log Type:** Attach File **Source:** User **Assigned To:** [redacted] **Date Completed:** 20-APR-2016
**Name:** Prison Receipt
**Description:** Deposit 200 TND - Prison do not accept change, remaining balance on file : one dinar 200 millimes.

**Log Type:** Case Note **Source:** User **Assigned To:** [redacted] **Date Completed:** 22-JUL-2016
**Name:** Prison Visit 7-22-2016

[redacted]

BA0000372

**Description:** Hi, Cheryl, I wanted to let you know that we visited Bernard today. He looked well and said he was being treated fairly. He added that he was eating ok. His only compliant was the delay in getting mail processed through the system and to him. He hasn?t seen the court-appointed attorney yet; we will follow up and see when they will visit him. He asked whether you could hire an attorney for him. We told him we would pass to you our list of attorneys in Tunisia that speak English and might be of assistance ? you can find them at this link: http://tunisia.usembassy.gov/attorney-list.html We gave the money you transferred to us to the prison staff to credit his account, as per normal procedures. It turned out to be 220 Tunisian Dinars; they would only accept a maximum of 200, so we will give him the rest the next time we see him. He said he still had 17 dinars on his account from the last transfer. He wanted us to pass on to you that he missed you a lot. We will likely make another visit to the prison in a month or two to visit someone else. At that time, he requested that we bring him some books. I happened to have an old magazine I was able to give him. (the prison staff still had to look through it and confirm he could receive it). Please let me know if you have any questions or concerns. I?ll keep you updated as I know more. Regards, Michael Solberg Consul

**Log Type:** Name Check Results **Source:** System **Assigned To:** [redacted] **Date Completed:**
**Name:** [redacted]
**Description:** [redacted]

**Log Type:** Name Check Results **Source:** System **Assigned To:** [redacted] **Date Completed:** 09-NOV-2016
**Name:** [redacted]
**Description:** [redacted]

**Log Type:** Attach File **Source:** User **Assigned To:** [redacted] **Date Completed:** 15-NOV-2016
**Name:** PAW -
**Description:** Please disregard previous version

**Log Type:** Attach File **Source:** User **Assigned To:** [redacted] **Date Completed:** 15-NOV-2016
**Name:** Paw Page 2
**Description:** page 2

Exhibit D

**Log Type:** Arrest Visit **Source:** User **Assigned To:** [redacted] **Date Completed:** 16-NOV-2016
**Name:** Visit To Prisoner
**Description:** No reports of misrtreatment No reports of Medical / nutition issues Delivered Clothes / books Deposit 200TND / prisoner account

**Log Type:** Arrest Visit **Source:** User **Assigned To:** Ward, Ronald **Date Completed:** 08-JUN-2017
**Name:** Consular Visit
**Description:** ConOff Ward and ACS LES [redacted] visited subject prisoner on 06 Jun 2017 in Mornaguia Prison just outside Tunis. Prisoner appeared in good health, but stated that he suffers from being unaccustomed to the diet in a Tunisian prison that he described as very carbohydrate dominated, too spicy (too much harissa) and often with uncooked beans. He said he was receiving a special diet of milk and eggs for a time, but that this special diet was halted a day or two before the start of Ramadan. He said that he had requested of the prison doctor to restart the special diet, but has not gotten any response or change yet. Otherwise the subject reported good health, no on-going medical conditions, adequate medical treatment, and appeared to conoff to be in good physical and mental health. Subject noted that his treatment and conditions were generally good, but that he is confined to his cell for 22.5 hours per day, with only one and a half hours per day outside. He said he and others had requested additional time outside through a Human Rights NGO that had visited the prison. Subject shares a common cell with about 15-17 others, all non-Tunisians, who are housed together. He also reported having his own bed. Subject reported that he had had some private legal representation in the past, funded by his mother, but that he did not want to continue to burden his mom with this responsibility. He also said that they had experienced some problems with the former legal representative, but did not specify the nature of the problem. He said that he had not requested any legal help from a public defender, but at this stage his trial and sentencing is completed, and he is due to be released from prison in about 8 months, about February, 2018. The subject asked if the Embassy could pursue a ?Presidential Pardon? or other type of amnesty. Conoff explained that the Embassy does not provide legal representation to individuals, but that he was encouraged to seek private legal counsel, or a public defender, to pursue this possibility. The subject was insistent that other detainees had received this kind of help obtaining a pardon or amnesty through their embassies, but conoff again explained the limits of what the U.S. embassy could provide, but also offered to assist in obtaining legal counsel if requested. The subject did not request any further assistance. Conoff informed the subject that 200 Tunisian Dinars ? the maximum amount permitted per month ? had been deposited in his prison account on his behalf. The funds had been provided to a Department of State trust fund for his benefit by his mother. The subject was given a book and a small bag of fruit at the end of the visit. Prisoner sought the following points of assistance: 1.) To apply for a Presidential Pardon or Amnesty on his behalf. Conoff explained this was not possible.

**Log Type:** Case Note **Source:** User **Assigned To:** Solberg, Michael **Date Completed:** 07-AUG-2017
**Name:** Visit
**Description:** Conoff went to visit on 8/4/2017. He looked well and said he had been being treated ok. He said he had just had a situation with the prison authorities where he had stood up for what he thought was unfair treatment towards a Russian prisoner and, as a result, was being transferred rooms. We spoke with one of the wardens who said he would look in to the situation. He also said he would try to get Bernard in to see the doctor. They had a discussion about eggs; he is trying to make eggs and vegetables available to all prisoners via the little shop there. He said otherwise he is doing ok. He asked us to give TND200 to Mr. Babbas with Caritas to buy some things for him. We had gotten some of the things on a shopping list he had sent us, but we were not able to find shoes in his size. We brought the letter and pictures, but the guards would not let him keep the photos. He appreciated very much seeing them. We did leave paper and pens for him, oil, and tea.

Exhibit D

BA0000373

**Log Type:** Case Note **Source:** User **Assigned To:** Elkin, Michael **Date Completed:** 26-DEC-2017
**Name:** Prison Visit
**Description:** Conoff and LES visited Mornaguia prison on 9 Nov. After putting some money from his mother into Augustine?s account, we met with him. Augustine asked we give his money directly to Caritas as he can buy stuff from them. He also asked for a blanket, but otherwise all ok. Another amcit prisoner had told us Augustine was having issues with other prisoners and guards (hence moving him from the foreign block to the African block), but Augustine said that was all cleared up. He said he is happier in the African cell block anyway.

**Log Type:** Case Note **Source:** User **Assigned To:** Elkin, Michael **Date Completed:** 26-DEC-2017
**Name:** Prison Visit
**Description:** Conoff and LES visited Mornaguia prison on 22 Dec 2017. We didn't have permission to see Augustine, but we dropped off a blanket for him.

**Log Type:** Case Note **Source:** User **Assigned To:** Elkin, Michael **Date Completed:** 26-DEC-2017
**Name:** Prison Visit cont
**Description:** Continuation of Dec 22 visit. The warden told us that Augustine, who wrote home and to Consular Chief that he expected to be released early as part of a yearly amnesty on January 14, will not qualify for the amnesty because of his terror charge. He is scheduled to be released on February 23 in the morning. Prison guards will take him to the border police at the airport for final processing, and then he?ll be released to leave the country. They will arrange for a 5x5 photo for his emergency passport application, and we?ll visit in January to bring him an application.

**Log Type:** Name Check Results **Source:** System **Assigned To:** Solberg, Michael **Date Completed:**
**Name:** [redacted]
**Description:** [redacted]

**Log Type:** Name Check Results **Source:** System **Assigned To:** Solberg, Michael **Date Completed:** 10-JAN-2018
**Name:** [redacted]
**Description:** [redacted]

**Log Type:** Case Note **Source:** User **Assigned To:** Elkin, Michael **Date Completed:** 09-FEB-2018
**Name:** Visit
**Description:** Conoff went to Mornaguia on 9 Feb 2018 to pick up a passport photo and have him fill out the EPDP application. His release is scheduled for 23 Feb. He said he was doing well and looking forward to getting out. We must speak with his mother about paying the passport fee.

**Log Type:** Status Update **Source:** System **Assigned To:** [redacted] **Date Completed:** 09-FEB-2018
**Name:** Subject Core Biographical Data Updated
**Description:** Modified by user: [redacted] Critical Field Change: Subject SSN New Value: 623497153 Old Value: No Previous Value Critical Field Change: Subject City of Birth New Value: Mumbia Old Value: No Previous Value Critical Field Change: Subject Country of Birth New Value: IND - India Old Value: IND - India Critical Field Change: Subject State of Birth New Value: Value Removed Old Value: No Previous Value

**Log Type:** Status Update **Source:** System **Assigned To:** [redacted] **Date Completed:** 23-FEB-2018
**Name:** Subject Core Biographical Data Updated
**Description:** Modified by user: [redacted] Critical Field Added: Subject Passport Field Type Added: New Subject Passport 720546902, Issue Date: 23-Feb-2018, Expiration Date: 22-Feb-2019, Place of Issue: Tunisia - TUNIS

**Log Type:** Case Note **Source:** User **Assigned To:** Elkin, Michael **Date Completed:** 26-FEB-2018
**Name:** Detention Center Visit
**Description:** Conoff and LES visited Augustine at the border police detention center downtown on 26 February 2018. He was in good spirits, eager to leave. He had his first hot shower in a long time. We delivered his emergency passport, the remainder of the money in his account (roughly $50 and 250 TND), and an Uno card game the prison wouldn?t let him have. He asked about how he would leave Tunisia and we told him the Tunisians would make sure he left the country, and to wait and see what they decide to do.

**Log Type:** Status Update **Source:** System **Assigned To:** Solberg, Michael **Date Completed:** 27-FEB-2018
**Name:** Proof of Citizenship Data Updated
**Description:** Modified by user: SOLBERGMJ Critical Field Change: Citizenship Status New Value: Confirmed US Citizen Old Value: Unknown Critical Field Change: Status Recorded By New Value: SOLBERG, MICHAEL Old Value: No Previous Value

**Log Type:** Status Update **Source:** System **Assigned To:** [redacted] **Date Completed:** 29-AUG-2019
**Name:** Arrest Service Closed
**Description:** Arrest Service was closed on 3/1/2016 10:32:46 AM by [redacted] Arrest Service was closed by [redacted] on 8/29/2019

[redacted]

8:56:37 AM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Log Type:** | Status Update | **Source:** | System | **Assigned To:** | [redacted] | **Date Completed:** | 29-AUG-2019 |
| **Name:** | Case Closed | | | | | | |
| **Description:** | Closed Case: TNS201606111182757 - Arrest Service was closed by [redacted] on 8/29/2019 8:56:37 AM | | | | | | |

Exhibit D

Exhibit E

This is the US. State Dept Communicating with FBI Agent Ryan Larkin about meeting with the Ministry of Justice BEFORE MY APPEAL, where I could have my case possibly Dismissed

Either this must be accepted by the Court as the "Smoking Gun" for the Burkus Exception or at least the involved personelle can testify regarding it.
I request the court to issue a subpeona for "ALAT Tunis" personelle involved and for the Ministry of Justice of Tunisia

Motion to Dismiss on grounds of Double Jeapordy invoking the Barthus exception to the Dual Soverignty Doctrine

Here is evidence of U.S. Manipulation of Tunisian Prosecutorial Machinery

Exhibit A: State Dept. Agent Records.
My Trial where my lawyer claims that Tunisian govt was not responsible for my first few days in detention. If the tunisians were not responsible who is? The only other influence was the U.S.

Exhibit B and Exhibit C
are Contradictions
So only one can be true or
Both false.
There fore if exhibit C is true
and all other evidence points to
it being true then I say
this is evidence of State Manipulation
by U.S. Gov of tunisian gov.
If the US Gov claims it is not
then I request the court to
~~Supeona~~ Subpeona all involved
embassy personelle to testify as to
what happened on that day.

Exhibit D is included but is redacted so I make a sub-motion to compell discovery and the govt to unredact the document.

Exhibit D I am sure is evidence of State Manipulation or prosecutorial Manipulation.
What else does the govt have to hide?
If there is nothing to hide they will unredact immediatly.

USM 90712-053
Metropolitan Detention Center
80 29th st
Brooklyn, NY 11232

Judge Sterling Johnson
Eastern District of New York
225 CADMAN PLAZA ~~E~~ EAST
Brooklyn, NY 11201

USMS

Legal Mail - Outgoing