**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

DMP:CRH/JGH/JEA
F. #2016R00308

February 12, 2021

By Email, ECF and Electronic File Sharing

Allegra Glashausser
Samuel I. Jacobson
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

Sabrina P. Shroff, Esq.
Law Office of Sabrina P. Shroff
233 Broadway
New York, NY 10007

Re: United States v. Bernard Augustine
Criminal Docket No. 18-393 (SJ)

Dear Counsel:

Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Specifically, please find records produced by Google in response to a search warrant dated June 10, 2016, pertaining to the account "bernardaugustine6991@gmail.com." (Bates No. BA00000338).

As you are aware, we previously produced Google records related to this account to you on or about October 3, 2018. See Discovery Letter, dated Oct. 3, 2018 (Docket Entry No. 22) (identifying records from Google marked BA00000227). Early this morning, the government became aware that the full Google search warrant return was never provided to the U.S. Attorney's Office, and therefore not previously disclosed in discovery. The government received a copy of these materials this afternoon from the Federal Bureau of Investigation and is disclosing them immediately. Out of an abundance of caution, the government is disclosing the entire response from Google, including materials you previously received. The titles of the files and/or folders are below; bold font reflects materials that the government does not believe were previously produced:

BA00000338 Files

- bernardaugustine6991.AccountInfo.txt
- **bernardaugustine6991.Calendar.Events.zip**
- **bernardaugustine6991.Chats.zip**

- **bernardaugustine6991.Drive.Content_001.zip**[1]
- **bernardaugustine6991.Drive.Metadata.zip**
- bernardaugustine6991.Gmail.Contacts.vcf
- bernardaugustine6991.Location1.csv
- bernardaugustine6991.Location2.csv
- bernardaugustine6991.Location3.csv
- bernardaugustine6991.Location4.csv
- bernardaugustine6991.Location5.csv
- bernardaugustine6991.Location6.csv
- bernardaugustine6991.Location7.csv
- **bernardaugustine6991.Photos.Albums.zip**
- **bernardaugustine6991.Photos.zip**
- bernardaugustine6991.Search.txt
- bernardaugustine6991.Youtube.Userinfo.txt
- **bernardaugustine6991@gmail.com.Gmail.Content.mbox**
- bernardaugustine6991@gmail.com.txt

Any additional discovery will be provided to you as it becomes available. The government hereby reasserts its request for reciprocal discovery, first requested on October 3, 2018.

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By: /s/ Craig R. Heeren
Craig R. Heeren
Josh Hafetz
Jonathon E. Algor
Assistant U.S. Attorneys
(718) 254-7000

Enclosures by Electronic File Sharing (BA00000338)

cc: Clerk of the Court (SJ) (by ECF) (without enclosures)

[1] BA00000227 contains a folder, entitled "Drive" which contains all the files within this zip file, except for two files in a folder titled "English 1A papers."