**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/JGH/JEA
F. #2016R00308

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 13, 2021

By Email, ECF and Electronic File Sharing

Allegra Glashausser
Samuel I. Jacobson
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

Sabrina P. Shroff, Esq.
Law Office of Sabrina P. Shroff
233 Broadway
New York, NY 10007

Re: United States v. Bernard Augustine
Criminal Docket No. 18-393 (SJ) (RML)

Dear Counsel:

Enclosed please find the following additional discovery:

- Receipt for property received from Novotel Hotel in Tunis (Bates No. BA0000386)[1]
- Photographs of suitcase received from Novotel Hotel in Tunis (Bates No. BA0000387 - 391)
- Reports reflecting interviews of [redacted] (Bates No. BA0000392 - 397)
- Text messages between defendant and [redacted], and defendant and [redacted] (Bates No. BA0000398 - 411) [2]

[1] The government's letter, dated February 12, 2021, incorrectly identified the Bates number for the attached material as "BA00000338." As reflected in the materials provided to you yesterday, the Bates number for that production was BA0000385.

[2] Previously produced in another format on or about October 3, 2018.

- Reports reflecting interview of [redacted] (Bates No. BA0000412 - 415)
- Transcript of text messages between defendant and [redacted] (Bates No. BA0000416)
- Report reflecting interview of [redacted] (Bates No. BA0000417 - 418)
- Report reflecting interview of [redacted] (Bates No. BA0000419)
- Text messages between defendant and [redacted] (Bates No. BA0000420 - 423)
- Arrest documentation of the defendant (Bates No. BA0000424 - 432)
- Photograph of the defendant (Bates No. BA0000433)
- Letters written by the defendant (Bates No. BA0000434 - 440)
- Passport and passport application of defendant (Bates No. BA0000441 - 444)
- Screenshots of Twitter, Facebook and Instagram accounts associated with the defendant (Bates No. BA0000445 - 449)
- Emails from the account bernardaugustine6991@yahoo.com (Bates No. BA0000450 - 454)
- Transcript of YouTube video recording (Bates No. BA0000455)
- Records from Turkish Airlines (Bates No. BA0000456 - 457)
- Records from TransUnion (Bates No. BA0000458 - 459)
- Records and Certifications of Authenticity from Google (Bates No. BA0000460 - 474) [3]
- Records of the defendant's email communications from the Metropolitan Detention Center (Bates No. BA0000475 - 916)
- Recordings of telephone calls from Monterey County Jail (Bates No. BA0000917)

---

[3] Records without certifications previously disclosed on or about October 3, 2018.

- Recordings of defendant's telephone calls from the Metropolitan Detention Center (Bates No. BA0000918 - 919)

Please note that documents marked Bates Nos. BA0000392 – 397 and BA0000412-423 are hereby designated "Sensitive Discovery Material," and is thus subject to the provisions set forth in the Temporary Supplemental Protective Order entered by Magistrate Judge Levy on February 3, 2021. See ECF No. 123.

Any additional discovery will be provided to you as it becomes available. The government hereby reasserts its request for reciprocal discovery, first requested on October 3, 2018.

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By: /s/ Craig R. Heeren
Craig R. Heeren
Josh Hafetz
Jonathon E. Algor
Assistant U.S. Attorneys
(718) 254-7000

Enclosures by Electronic File Sharing (BA00000386 - BA0000919)

cc: Clerk of the Court (SJ) (by ECF) (without enclosures)