**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMP:CRH/JGH/JEA
F.#2016R00308

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 29, 2021

By ECF and Email

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Bernard Raymond Augustine
Criminal Docket No. 18-393 (SJ)

Dear Judge Johnson:

As the Court is aware, the government previously requested a ruling to permit it to authenticate certain records pursuant to certifications that meet the standards required by the Federal Rules of Evidence. See Mot. in Limine at 30-33 (ECF No. 164). In furtherance of that motion, the government respectfully submits the attached certifications and associated documents for review by the Court. The government respectfully submits that these certifications lay the proper foundation for self-authentication of these business and public records. See Fed. R. Evid. 902(11) (certified domestic records of regularly conducted activity), 902(13) (certified records generated by an electronic process or system), and 902(14) (certified data copied from an electronic device, storage medium or file). The government encloses certifications and records from the following:

1. Facebook, Inc.
2. Disqus, Inc.
3. Yahoo! Inc.
4. Fareportal, Inc.
5. Wells Fargo Bank, N.A.
6. Bank of America, N.A.
7. T-Mobile US, Inc.
8. The Internet Archive
9. Monterey County Sheriff's Office
10. U.S. Department of State
11. State of California, Department of Motor Vehicles

At trial, the government anticipates admitting the relevant records based on testimony from a Special Agent with the Federal Bureau of Investigation (FBI), who can provide the foundation that the FBI requested and obtained these records as part of its investigation, and also received the relevant certifications that authenticate these records.

The government previously provided notice of the intent to use these certifications for the purpose of authenticating certain records, and provided copies of the certificates and underlying documents to the defendant and standby counsel.[1] The defendant has not raised any objections to the use of these certifications for authentication purposes.

Accordingly, as more fully described in the government's motion in limine, the government respectfully requests that the Court find that these certifications satisfy the authentication requirements necessary to admit these records.

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By: /s/ Craig R. Heeren
Craig R. Heeren
Josh Hafetz
Jonathan E. Algor
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (by ECF without enclosures)
Bernard Augustine (pro se defendant) (by USPS)
Gary Villanueva and Susan Kellman (standby counsel) (by email and FedEx)

(Enclosures)

[1] The government received records and certifications from the California Department of Motor Vehicles yesterday, July 28, 2021, and is providing copies of those records today to the defendant and standby counsel.