**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/JGH/JEA
F#2016R00308

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 29, 2021

By ECF & Email

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Bernard Raymond Augustine
Docket No. 18-CR-393 (SJ) (RML)

Dear Judge Johnson:

The government writes to supplement its July 21, 2021 submission to the Court regarding video evidence the government intends to introduce in its case-in-chief at trial in the above-captioned case. Enclosed please find four brief video clips related to conduct by the Islamic State of Syria and al-Sham ("ISIS") in Libya. See GX 810-1, 810-2, 810-3 and 810-4. The clips are from a video entitled "Until There Came to Them Clear Evidence," which was produced by a media wing of ISIS. The video clips depict a portion of the video where ISIS members lead captured individuals onto a beach in Libya. One of the ISIS members gives a speech and, subsequently, the ISIS members execute the captured individuals by beheading. The clips are brief, and do not show any of the execution. All of the video clips, as well as a copy of the entire video, have been produced to standby counsel to view with the defendant.

The clips are relevant and admissible because the defendant's computer contains an image file—an image showing the captured individuals walking on the Libyan beach—that appears to be an image from this propaganda video. See GX 335 (attached hereto as Exhibit A).[1] Accordingly, as the government has argued in its motion in limine, these clips are admissible because they are direct evidence of the defendant's radicalization and decision to support ISIS by traveling to a country, Libya, where he could submit as personnel to their terrorist cause. See United States v. Pugh, 162 F. Supp. 3d 97, 118 (E.D.N.Y. 2016) (propaganda video found on

[1] The government previously submitted to the Court video clips from a similar video, where ISIS members lead captured individuals onto a beach, a leader gives a speech, and the captured individuals are beheaded. See GX 805. The image file found on the defendant's computer is not an image from GX 805, and therefore the government does not intend to offer any portion of GX 805 in its case-in-chief.

defendant's computer was admissible because they "speak strongly to [the defendant's] state of mind"). There is no undue prejudice because the clips are short in duration and stop before any violence is shown. See id. (explaining that government's efforts to edit clip "to stop before any execution or beheading is depicted" was sufficient and that clips were admissible despite still being "viscerally disturbing").

Accordingly, for the forgoing reasons, and the reasons previously stated in its motion in limine, the government respectfully requests that the Court permit the introduction of these clips as direct evidence of the defendant's knowledge of ISIS's conduct.

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By: /s/ Craig R. Heeren
Craig R. Heeren
Josh Hafetz
Jonathan E. Algor
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (by ECF and email)
Bernard Augustine, pro se defendant (by mail)
Susan Kellman and Gary Villanueva, standby defense counsel (by ECF and email)

# ATTACHMENT A



**GOVERNMENT EXHIBIT**
**335**
**18 CR 393 (SJ)**