**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/JGH/JEA
F. #2016R00308

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 11, 2021

By Email & U.S. Mail

Bernard Raymond Augustine
Reg. No. 90712-053
MDC Brooklyn

Susan G. Kellman, Esq. (standby counsel)
25 Eighth Avenue
Brooklyn, NY 11217

Gary Villanueva, Esq. (standby counsel)
11 Park Place
New York, NY 10007

Re: United States v. Bernard Augustine
Criminal Docket No. 18-393 (SJ) (RML)

Dear Mr. Augustine and Standby Counsel:

The government writes to provide supplemental discovery pursuant to Federal Rule of Criminal Procedure 16. Enclosed please find the following additional discovery in the above-captioned case:

The defendant's recorded jail calls, emails and related records [Bates Nos. BA_0001256 – BA_0001288].

Any additional discovery will be provided to you as it becomes available. The government hereby reasserts its request for reciprocal discovery, first requested on October 3, 2018.

Very truly yours,

JACQUELYN M. KASULIS
Acting United States Attorney

By: /s/ Jonathan E. Algor
Jonathan E. Algor
Craig R. Heeren
Jonathon E. Algor
Assistant U.S. Attorneys
(718) 254-7000

Enclosures (BA0001256 – BA_0001288)

cc: Clerk of the Court (SJ) (by ECF) (without enclosures)