LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

August 12, 2021

Hon. Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *U.S. v. Bernard Augustine*
18 Cr. 393 (SJ)(LB)

Dear Judge Bloom:

According to Staff Counsel at the MDC, Sophia Papapapetru, counsel "misconstrued" the MDC's response with regard to the enforcement of your Honor's Order. Respectfully, I disagree. To be clear, following your Honor's Order of August 5, 2021, which was provided to the MDC/Legal at 6:49 pm that evening, I wrote the following email:

From: sgk@kellmanesq.com
To: MDC Legal: Sophia Papapapetru & Michael Cardew (& others)

Please let me know how to arrange our first VTC on Monday, August 9, 2021, with Mr. Augustine (Inmate #90712-053)

You can reach me anytime on my cell: 718.287.5453.

Appreciated,

Susan Kellman

---

Your Honor's Order was clear:

IT IS HEREBY ORDERED that:

1. The MDC shall make Mr. Augustine available for daily video teleconferences, with his standby counsel;

2. Mr. Augustine shall be allowed to have video teleconferences with standby counsel;

3. Apart from and in addition to any videoconferences or teleconferences scheduled through the Federal Defenders of New York, Inc., the MDC shall provide Mr. Augustine with daily video conferences with standby counsel, lasting no less than one hour and no more than two hours, beginning no later than Monday, August 9, 2021;

---

The Order notwithstanding, the reply by MDC/Legal came on August 6, 2021 at 7:22am. It read as follows:

From: Sophia Papapapetru (among others)
To: Susan G. Kellman

Please arrange your calls through NYS_MDCemail@fd.org. Please provide them with this Court Order when scheduling.

Best,
Sophia

This was not complicated. The Order directed MDC to arrange for video conferences ("VTC") between counsel and Mr. Augustine beginning on August 9, 2021. There was absolutely nothing to "misconstrue". However, rather than complying with the Order, MDC/Legal sought to pawn its responsibility off to the Office of the Federal Defender ("FD"). If MDC/Legal felt they couldn't comply with the Court's Order, the proper remedy was *not* to ignore it or to pass the responsibility off to FD. MDC/Legal was free to reach out to your Honor on August 6, 2021 and explain its concerns. That never happened.

Now, the week is all but gone and we have had exactly two meetings with Mr. Augustine – the first VTC was arranged by FD – completely unrelated to the MDC's responsibility per the Court's Order. It took place on Monday, August 9th. The second VTC was arranged when the MDC provided a time slot and a place for the VTC on Tuesday, August 10th, and FD agreed to "pitch hit" and was kind enough to provide a video link. Since then – the

MDC has provided one additional time slot for a VTC; however, while they identified *when* and *where* it would take place, they provided no link – making it impossible for counsel to connect with our client. If Mr. Augustine was produced at the correct time and place – we had no way to connect with him. Counsel then reached out to FD to see if they could help to salvage the VTC; however, by the time FD sent a link – if Mr. Augustine had been produced – he was no longer there when counsel was finally able to connect.

So, here we are, at the end of the week in which we were hoping to work with our *pro se* defendant to prepare him for the rigors of a criminal trial – and we have had only three hours with him – nothing more. Of course, there is nothing new under the sun here – the MDC operates on its own axis – disconnected from the rules and regulations that the rest of us are obliged to follow.

I don't know that there is anything your Honor can do at this point – however, I thought it important correct the record by providing your Honor with actual facts.

The Court's assistance in this matter has been very much appreciated.

Respectfully submitted,

*Susan G. Kellman*

Susan G. Kellman
Gary Villanueva

cc: MDC Legal

All Counsel of Record