**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/JGH/JEA
F.#2016R00308

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 18, 2021

By ECF and Email

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Bernard Raymond Augustine
Docket No. 18-CR-393 (SJ) (RML)

Dear Judge Johnson:

In light of the Court's rulings this morning, the government respectfully submits the attached revised Exhibit 651. Exhibit 651 reflects certain publicly posted statements made by the defendant on an internet discussion site, which related to his support for ISIS and radical Islamic extremism. Consistent with the Court's ruling, the revised exhibit redacts portions of statements made by the defendant that reflect derogatory views towards women, and also omits entirely certain statements by the defendant related to women and to otherwise shorten the length of the exhibit.

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By: /s/ Craig R. Heeren
Craig R. Heeren
Josh Hafetz
Jonathan E. Algor
Assistant U.S. Attorney
(718) 254-7000

cc: Clerk of Court (without enclosures)
Bernard Augustine (pro se defendant)
Gary Villanueva and Susan Kellman (standby counsel)

(Enclosure)