**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/JGH/JEA
F.#2016R00308

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 19, 2021

By ECF

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Bernard Raymond Augustine
Docket No. 18-CR-393 (SJ) (RML)

Dear Judge Johnson:

The government respectfully notifies the Court that it is prepared to call Special Agent Andrew Ver Steegh of the Federal Bureau of Investigation ("FBI") as an expert witness at trial tomorrow. Special Agent Ver Steegh has worked for the FBI since 2013, and has been a member of the New York Joint Terrorism Task Force since 2016. He is a member of a unit that is responsible for counter terrorism matters involving North Africa, including Libya. The government expects to qualify the witness as an expert on the Islamic State of Iraq and al-Sham ("ISIS") and Islamic extremists, including the use of certain key concepts and terms, as well as ISIS and Islamic extremist-related materials associated with the defendant. Special Agent Ver Steegh is expected to testify about: (i) the history, leadership and activities of ISIS during the relevant time period; (ii) ISIS's conduct in Libya and attempted recruitment of foreign fighters; (iii) means and methods of travel to ISIS-controlled territories like Libya; (iv) particular types of propaganda disseminated by ISIS and other Islamic extremists; and (v) an explanation and definitions of specialized terms and

concepts—such as caliphate, Dawla, dunya, jihad, hijra, kuffar, and others—that are used by or in the context of ISIS and Islamic extremism.

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By: /s/ Craig R. Heeren
Craig R. Heeren
Josh Hafetz
Jonathan E. Algor
Assistant U.S. Attorney
(718) 254-7000

cc: Clerk of Court (by ECF)
Bernard Augustine (pro se defendant)
Gary Villanueva and Susan Kellman (standby counsel)