# COURT EXHIBIT LIST

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 27 2021 ★
BROOKLYN OFFICE

| | |
|---|---|
| Docket Number: 18 CR 0393 (SJ) | Title of Case: USA v. Bernard Augustine |
| Government Atty: Craig Heeren, Joshua Hafetz, Jonathan Algor | Defendants' Atty: Susan Kellman, Gary Villanueva |
| Judge: Sterling Johnson, Jr. | Courtroom Deputy: Ana Rodriguez |
| Date of Trial: 8·23·2021 | Court Reporter: |

| COURT EXHIBIT | Date | ID | EVID | Name of Witness/ Description of Exhibit |
|---|---|---|---|---|
| 1 | 8·23·21 | | ✓ | Indictment |
| 2 | ↓ | | ✓ | Jury Charge |
| 3 | ↓ | | ✓ | Verdict Sheet |
| 4 | 8·23·21 | | ✓ | Jury note indicating they have reached a verdict |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |