LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

September 7, 2021

Via: ECF and Email
Hon. Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *U.S. v. Bernard Augustine*
18 Cr. 393 (SJ)

Dear Judge Johnson:

I write on behalf of Bernard Augustine regarding the Rule 29 motion made orally, on his behalf, following the jury's verdict.

Earlier today counsel had an opportunity to speak with Mr. Augustine via video conference at the MDC. Mr. Augustine informed counsel that he does not wish to submit anything further in connection with his Rule 29 motion. Mr. Augustine further advised counsel that he does not wish for his stand-by counsel to submit anything further in support of the motion.

Your Honor's attention to this matter is appreciated.

Respectfully submitted,

Susan G. Kellman

Susan G. Kellman

cc: All Counsel via ECF and email

Bernard Augustine via USPS