UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA, : 18-CR-393 (SJ)
:
Plaintiff, :
: United States Courthouse
-against- : Brooklyn, New York
:
BERNARD RAYMOND AUGUSTINE, :
: Wednesday, April 6, 2022
Defendant. : 12:00 p.m.
- - - - - - - - - - - - - - - - -X

TRANSCRIPT OF CRIMINAL CAUSE FOR SENTENCING
BEFORE THE HONORABLE STERLING JOHNSON, JR.
UNITED STATES DISTRICT SENIOR JUDGE

A P P E A R A N C E S:

For the Government: BREON S. PEACE, ESQ.
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
BY: CRAIG HEEREN, ESQ.
JOSHUA HAFETZ, ESQ.
Assistant United States Attorneys

Standby Counsel For the Defendant: GARY S. VILLANUEVA, ESQ.
11 Park Avenue
Suite 1601
New York, New York 10007

AND

SUSAN G. KELLMAN, ESQ.
25 8th Avenue
Brooklyn, New York 11217

AND

BERNARD RAYMOND AUGUSTINE
*Pro Se*

A P P E A R A N C E S (Continued)

Court Reporter: DAVID R. ROY, RPR
225 Cadman Plaza East
Brooklyn, New York 11201
drroyofcr@gmail.com

Proceedings recorded by Stenographic machine shorthand, transcript produced by Computer-Assisted Transcription.

P R O C E E D I N G S

--oo0oo--

(In open court.)

THE COURTROOM DEPUTY: U.S. versus Augustine. Counsel, note your appearances.

MR. HEEREN: Good afternoon, Your Honor. Craig Heeren on behalf of the United States. With me is my colleague, Joshua Hafetz, as well as Frank Nikolaidis from the probation department.

MR. HAFETZ: Good afternoon, Your Honor.

MR. NIKOLAIDIS: Good afternoon.

THE COURT: Who is that other gentleman?

MR. HEEREN: This is -- I'm sorry.

MR. BAGNUOLA: Good afternoon, Your Honor, Anthony Bagnuola. I'm here for a case on the Court's calendar after this one.

THE COURT: Oh, okay.

Go ahead.

MR. AUGUSTINE: Bernard Augustine, the defendant,

representing myself.

THE COURT: Okay.

MS. KELLMAN: Good morning, Your Honor, Susan Kellman and Gary Villanueva. We're here to assist the defendant, should Your Honor desire.

MR. VILLANUEVA: Good morning, Your Honor.

THE COURT: Good morning.

All right. Do you wish to be heard -- well, are you ready for sentencing, Mr. Augustine?

MR. AUGUSTINE: Yes, Judge.

THE COURT: Do you wish to be heard; do you want to say something?

MR. AUGUSTINE: I -- I think I'll let them go first; is that okay?

THE COURT: No. I'll tell you who goes first and who goes second.

Do you wish to be heard?

MR. AUGUSTINE: No. I'm good.

THE COURT: You don't want to say anything at all, Mr. Augustine?

MR. AUGUSTINE: No.

THE COURT: Okay.

Mr. Heeren?

MR. HEEREN: Yes, Your Honor.

Before I begin, may I just ask the Court to

inquire of the defendant whether he has read and discussed the PSR and had time to discuss it with his Advisory Counsel?

THE COURT: Have you?

MR. AUGUSTINE: Yes, I have.

THE COURT: All right.

MR. HEEREN: Thank you, Your Honor.

Your Honor, as the Court knows from the trial, the defendant travelled from North Africa to join --

THE COURT: Stand up.

MR. HEEREN: Yes, Your Honor. I'm sorry.

-- travelled to North Africa to join ISIS in Libya. He bought a one-way ticket. He promised to burn his passport when he got there, and he left his family behind because he wanted to live in that location to support a Foreign Terrorist Organization. In his own words, he wanted "...to fight and die for our cause, to seek the ultimate justice."

He was a fully radicalized supporter of ISIS who got on a plane to commit to them. He sought out and watched violent propaganda before he left, including *Flames of War,* watching beheading videos, executions, and terrorist attacks on U.S. Soldiers and other innocent people. He advocated on behalf of ISIS before he left telling people on line that they should be grateful not to oppose ISIS so they don't

have their heads chopped off, and advocated for dominating everyone like ISIS, who he believed would one day conquer the whole world.

After he left and was stopped from joining ISIS, the defendant had nearly six years to think about what he had done. But when it came to trial, he could have expressed remorse, could have expressed responsibility, could have indicated he knew he had done something wrong and sought mercy. But he did not do that. He chose not to do that. And today he remains a steadfast and devote follower of ISIS.

He testifying that the terrorism committed by that organization was cool and good. He expressed no concern in his own testimony that ISIS committed genocide and kept women as slaves. And he admitted that one way in which he could support ISIS was to make propaganda videos, and he proudly declared that he would be pretty good at it. When asked directly about his support, his continued support that he had proclaimed, he admitted and said that he would do it again, and he would leave and go back to ISIS-controlled territory if he were acquitted. Thankfully he was not acquitted. He was convicted.

But even at this clear result, a finding of guilt is still no remorse or repentance. After trial, he was recorded on a prison call saying that he was committed to

the very end. And months later when he had a chance to maybe cool down and think again about what he had done, he again stated on prison calls that he wanted to fight *jihad*, revoke his citizenship, become a Citizen of the Islamic State.

Given all of this conduct, a 240-month sentence, which is the guideline's sentence, is necessary and appropriate in this case. There is a need for a specific deterrence given his comments and his interests, continued interests in a Foreign Terrorist Organization. There is a clear need to protect the public for the same reason by detaining him as long as lawfully allowed. There is a need to demonstrate respect for U.S. Laws, since clearly the defendant had none in this case as it relates to Foreign Terrorist Organizations. And finally, Your Honor, a 240-month sentence of imprisonment in this case is a just punishment.

The defendant chose to give up on his country, his family, everything for the sake of his desire to support a violent band of criminals and terrorists who wanted to bring murder to the world, 240 months is a just result, and it's the right result, and the Government respectfully submits the Court enter such a result in this case.

Thank you, Your Honor.

THE COURT: Mr. Augustine, I strongly advise that

you do make some sort of a statement, because whatever happens, whatever sentence I impose upon you, so you can appeal it. And I advise that you do appeal your sentence and the conviction.

So if you want to make a statement, confer with your Advisory Counsel, and you can say something, whatever you want to say.

MR. AUGUSTINE: Okay.

THE COURT: All right. Let the record reflect that the defendant is conferring with his Advisory Counsel.

(Pause in proceedings.)

MR. AUGUSTINE: A few months ago I was talking to my mother on the phone and she told me that I am no longer her son who she know. She may not accept who I -- who I have become, but I am still her son, who at the age of seven when I came to the United States on the first day of school refused to pledge allegiance to the Flag of the United States because my mother taught me and instructed me "to never pledge allegiance to any nation's flag because my allegiance to -- my allegiance belongs to God alone." But my mom is correct, I have changed in other ways. Islam has changed me and prison has changed me.

When I left my home in California to go to the Islamic State, I was a teenager, a regular American teenager who liked to smoke pot, listen to music, and flirt with

girls. I had a mixed political ideology. I was a casual Trump supporter and an alt-right libertarian and a new Muslim. I was also a teenager with a broken --

THE COURT: You said you were a casual Trump supporter?

MR. AUGUSTINE: Yes, Judge.

THE COURT: Okay.

MR. AUGUSTINE: I was also a teenager with a broken heart and a broken world. My heart was broken because I lost my first love, and I blame myself. And my world was broken because I could not figure out my place in it. Islam and the Islamic State promised me an amended heart and my place in this life, and I can tell you today that they were true to their promise.

However, when I was arrested I was terrified, terrified for the loss of my freedom. And nobody knows that they had freedom until you lose it. But as I progressed through prison, I became stronger thanks to God. I became stronger when I saw Muslims being tortured and burned in Tunis. I became stronger when I learned I was facing 25 years. I became stronger when I accepted I might never leave the nightmare because there are people who don't leave Tunisian prison, even after their release date.

I became stronger when I was brought to MDC where I stood up to guards and inmates who wished to break my

defiance. I became stronger when I believed Allah and his messenger, Sulaiman in his sermon, and refused to rely on the serpentine lawyers and refused to rely on the system and Court for relief. I became stronger when I went to trial and refused to lie about Islam and *jihad* and about who I am and what I believe.

So here I am today facing 20 years. I read the Government's letter, and they say I remain unrepentant. My reply addressing the Government is this: You are, by my standard, nothing more than filthy dogs and swine. Should I repent to dogs and swine? I will never do that. The only thing you can expect from me is that I metaphorically spit in your face, and I will be soiling my spit. Have you not understood by now that I have been spitting in your face the last six years? That makes you beyond being imbeciles.

When I first got arrested and we met, you told me that if I don't cooperate and go to trial, the whole weight of the U.S. Government will come down on me. And is this it? Is this your best? It's pathetic. You can't even stop me while I stand here humiliating you and exposing your weakness.

To Judge Johnson: When I left my home six years ago, I was not a supporter of ISIS. I was not determined to do any harm to anyone but only determined to live as a Muslim and start a new life. Yes, I agree that now I'm

convicted according to your laws that I made an attempt. But I became Muslim at the hands of the Islamic State and only attempted what I thought my religion obliged me to do.

So if you are going to sentence me for who I was then and what I did then, I should go home today. You should not apply the enhancement and sentence me to time served. But if you're going to sentence me for who I am today after what years of prison made me, and I thank God what I did, then you must sentence the maximum penalty, because this no longer about crime and punishment. This is about a war against Islam, and there should be no mercy in war if you wish to win. Because today I am a committed supporter of the *mujahideen* and Islam and *jihad* and the Islamic State and this is my pledge to them. I pledge allegiance to the emir of *mujahideen*, the emir of the Islamic State, to obey to the best of my ability in ease and hardship and to make *jihad* to the best of my ability against the disbelievers and the apostates, and to rely on Allah and the believers alone in doing so, and to not hear the blame of the blamers. I ask Allah to help me in this.

And here is a message for the following groups of people on behalf of the *mujahideen*. To the Prosecutors and the U.S. Government: Thanks for bringing us back to the United States and preventing us from leaving. And now we will never leave. We swear to God that we will get out of

prison; and not only will we get out of -- get out by God's permission, you will let us out by your own hands, even by your haters. And we swear to God we will get our revenge as it is only justice between us. And we swear to God, the Citizens of the United States will hang you for your betrayal and hypocrisy.

And to the Hypocrite Apostates: You think yourselves safe, but are swords are about your necks and you don't perceive it. Slaughter is bestowed upon you by Allah's hands and those on the disbelievers whom you handed us over to, because they hate you, as well. And why should they not hate you, as nobody can respect traitorous acts and hypocrisy?

To the Muslims in America and the West: Each one of you is approaching the day where you will have to openly support *mujahideen* and no longer hide in the fear and silence. So prepare for that day by sharing Allah alone. We swear to God that there is more freedom for a Muslim in prison than there is on the outside, because we can speak freely about the truth not fearing the consequences. Because what will they do to punish us? Put us in prison? A death penalty would be merciful and martyrdom. Praise Allah.

While you on the outside can't speak the truth for fear of spies and informants, you truly are the captors.

You have been captivated by fear of loss; captivated by your homes, your family, your comforts, and the likes of this world. Free yourself and join your brothers and sister in *jihad* for the sake of Allah. To dissent is the front line of *jihad*. Make it your belief that you are not successful in *jihad* until you face the battle of imprisonment, because the disbelievers restrain themselves from killing you as they know that martyrdom is a victory for you. Rather, they discontinue your belief by the torture of imprisonment. So prove them wrong. Come to prison, but make it worthwhile. Maybe then Allah will grant his martyrdom by their hands when they realize we give them no option except to kill us.

To the *Mujahideen*, especially our Brothers in the Islamic State: We are climbing on your shoulders and we have heard your call and offer God for your sacrifices, and we promise you we are increasing in strength no matter how the disbelievers portray the situation. We promise you we are only preparing and waiting. By Allah's grace, *jihad* will erupt on the American homeland, and you will see from us such a slaughter that the Americans will forget September 11 and break their promise, that they will never forget. And you will see from us such a vengeance that will heal the gestate of disbelievers by the grace of Allah, and we will seize their hoards of wealth and pillage their treasury, and their women will soon serve you in the morning

and evening, and their sons will soon be your obedient soldiers.

To the American People: I'm not saying this as a threat, I'm saying this as a reality of the future your Government choose for you. Your ignorance and arrogance is coming to an end. Your minutes of silence will became days of silence, then months and years of silence. Then you will be silent forever. First, you will murder and torture each other and rob and pillage each other while we watch. Then when you are broken and weak, we will sweep you away as brothers should sweep trash away. And we will be your masters and possess your homes and your land, and your women will easily strive to please us, and your sons will be our janizaries, who we send to hunt you down because there is nowhere you can flee as you fled from Europe and Afghanistan.

Except those who allow God around you and believe in Allah and his messengers, peace be upon you, and to realize our victory is indivisible and to join with our side. For those of you who do so, we look forward to welcoming you and honoring you, our brothers; and we promise you will never regret being a Muslim. Rather, you would regret not being a Muslim sooner. You will experience a brotherhood and a sisterhood, that you would know the true meaning of family.

As for the Rest of You Who Wish to Disbelieve: Do not blame us when you are attacked from behind. We did not trick you or deceive you. It was your traitorous Government who deceived you when they attacked our *caliphate*, and when they lied and said that Islam is the religion of peace, and that Muslims can live together with disbelievers under the flag of democracy and secularly. So when we terrorize you and you feel betrayed, turn your anger toward the real culprits and cause for your suffering and misery, the United States Government and their allies designed to kill you. For it is not us who spent trillions of your wealth on endless wars for nothing, or us who refused to let me choose between Islam and democracy. Rather, they lied and refused to let the terrorists leave your country -- I am proof of that -- and even brought them back from overseas so they are now among you as I speak. They live in your neighborhoods and cities and work in your stores and hospitals. We never lied to you. Islam does not have a hidden agenda. When we established the *caliphate* we were making the matter clear and offering everyone who chose to take a side openly, honestly, and clearly. We were always truthful to you and will continue to be so.

For the Judge: This message shows who I am today, so sentence me for my crime and let me go home; or sentence me for my religion and give me the worst.

MR. HEEREN: Your Honor, I just have two brief things if Your Honor would allow me?

THE COURT: Pardon me?

MR. HEEREN: I have two brief things if Your Honor would allow me?

THE COURT: Go ahead.

MR. HEEREN: The first is just as a technical matter, I want to make sure it's clear. I understood the defendant to indicate that he had an opportunity to comment on any issues with the PSR, and he has not commented on them, but he --

THE COURT: It doesn't make any difference. He made his comment.

MR. HEEREN: Yes. Thank you, Your Honor.

The second thing is I didn't address supervised release, and I just want to be clear about supervised release. Under this statute, the Court has the authority to order lifetime supervised release. The Government respectfully submits that the Court should order lifetime supervised release.

THE COURT: I am aware of what I can do.

MR. HEEREN: Thank you, Your Honor. Nothing further.

THE COURT: I would like to ask Mr. Augustine. Have you discussed with your Counsel, Advisory Counsel the

guidelines as the probation department calculated?

MR. AUGUSTINE: Yes, Judge, we discussed it.

THE COURT: And do you agree with it, disagree with it, or what?

MR. AUGUSTINE: I have no opinion on it, Judge.

THE COURT: Okay.

I would also like the record to reflect that I have received a letter from a person saying that she is Mr. Augustine's mother, and that's a matter of record now, that I have received that letter.

Mr. Augustine, you came here from India when you were a young boy, and you mentioned you become an American Citizen. America welcomed you with open arms, and you treated that love with -- you rejected it. America loved you, but you did not love America.

You started looking at the propaganda that ISIS had been putting out, and you became really emerged in this swamp. You then made the decision you were going to renounce -- or you say you were going to renounce your citizenship. You went over to Tunisia where you wanted to go to Libya to join this terrorist organization, the same organization that was beheading people and bombing people, brutal and doing violent things to people.

The sentencing guidelines have a particular -- well, first of all, making the record, that I do adopt the

Presentence Report. I agree with the opinion of the Probation Department and the Presentence Report and the Guidelines.

The purpose of sentencing is many, but the purpose is also to reflect the seriousness of the crime that was committed. It is also reflective of -- the purpose is reflective of -- it should be a deterrence, if possible. And more importantly, it's supposed to protect the public from future crimes by a defendant that the judge is going to sentence. And I say that for the record that attempting to provide material support to a terrorist organization is a very serious crime, and the sentence should reflect how a defendant who is doing this is going to be deterred.

I'll say for the record, Mr. Augustine, that you were a threat to the community; that in the future you will be a threat to the community; and even now, you are a threat to the community. I think a sentence that is appropriate in your case is the following: I am going to sentence you to 240 months, the top of the guideline. I am going to sentence you to a $100 special assessment, and I'm going to sentence you to lifetime supervised release. You have your beliefs and ideas, I can't take that away from you, but hopefully that you'll be deterred from doing anything about those ideas.

I inform you that you have a right to appeal this

sentence and also appeal this conviction.

Is there anything else?

MR. HEEREN: No, Your Honor. Thank you.

MR. NIKOLAIDIS: Your Honor, as a housekeeping question --

THE COURT: Who's this?

MR. NIKOLAIDIS: -- the probation department recommended two separate conditions of the case --

THE COURT: I can't hear you.

MR. NIKOLAIDIS: I'm sorry.

Your Honor, as a housekeeping question, the probation department recommended two special conditions in this case. Firstly, that he not associate with any other organized crime group, gangs, or other criminal enterprises.

And the second condition is that he comply with the United States Probation Department's Computer and Internet Management Program.

THE COURT: I will impose those conditions.

Anything else?

MR. NIKOLAIDIS: And another housekeeping question, Your Honor. For the sake of addressing a fine, do you wish to impose one or not?

THE COURT: No. He has no ability to pay for one.

MR. NIKOLAIDIS: Thank you, Your Honor.

MS. KELLMAN: Your Honor, just one thing further.

If Your Honor would consider -- if I may?

THE COURT: Yes.

MS. KELLMAN: If Your Honor would consider recommending a designation in the Middle District of California?

THE COURT: Recommended what?

MS. KELLMAN: A designation -- oh, I'm sorry. I apologize, Your Honor.

THE COURT: For whatever it's worth -- and I'll make that recommendation -- but I think for his conviction, he will be in Florence, Colorado.

MS. KELLMAN: I think that's probably right, Your Honor. But he asked that we make the request --

THE COURT: For whatever it's worth, I'll make that request.

MS. KELLMAN: -- for the Middle District of California.

THE COURT: Okay.

MS. KELLMAN: Thank you, Your Honor.

MR. HEEREN: Thank you, Your Honor.

MR. HAFETZ: Thank you, Your Honor.

(Matter concluded.)

*I (we) certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.*

*/s/ David R. Roy* — *15th Day of April, 2022*
*DAVID R. ROY* — *Date*