To Judge Johnson 12/19/23

This is a motion to compell discovery

I am requesting a copy of all records made by the State department in Tunisia ~~regarding~~ regarding myself Bernard Augustine.

Therein is evidence needed to support the previously incomplete Motion to Dismiss on grounds of Double Jeopardy that my former ineffective counsel (Samuel Jacobson / Allegra Glassbauer) filed.

The evidence therein is that United States State Department officials / FBI or other officials compelled the Tunisian Ministry of Justice to prosecute me in that countrys Penal System AFTER they expressed their wish to release me from their custody or deport me to the United States.

This is recorded in Tunisian Government documents related to me that is in possession of the US Attorneys office.

Therefore I also request all Tunisian Government documents in Translated English and original Arabic in possesion of the prosecuting office to be turned over to me.

I intend to file a motion to Dismiss on grounds of Double Jeopardy and Violation of the right to a speedy trial. I pray to God Almighty who watches over all of us and will hold us accountable that you will not hold my previous antagonism against the US government against me and I pray you will be just with me. I am a young man and desire Justice so I can go home to have a wife and children and give my parents grandchildren to comfort them in their old age.

I also ask the Judge to take note I will attempt ~~to appeal this~~ this appeal process representing myself and pray to God that the Judge will not perceive this as disrespect. It is only because I dont trust lawyers and will not put my case in their hands.

from Bernard Augustine

RECEIVED
JAN 02 2024
PRO SE OFFICE

Bernard Augustine 90712-053
Atwater Federal Penitentiary
1 Federal Way, Atwater CA 95301

SACRAMENTO CA 957
22 DEC 2023 PM 6 L

USMS

Judge Johnson, United States Courthouse
225 CADMAN Plaza East
Brooklyn, NY 11201