Page 1

Feb 8 2024

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 20 2024 ★
BROOKLYN OFFICE

To Judge Reyes – This letter is in response to the government's opposition letter Dated January 19, 2024, to the motion for Compelling Discovery.

First of all I wish to defend myself from how the gov't tries to sway the Judge with the background info on myself, including statements I wrote on a forum [illegible] portraying myself as an extremist of sorts and as unstable. This is how [illegible] operate in all such cases, especially in mine as I never gave them an inch when defending myself in their prosecution. Those statements were made as a 19 year old on the internet and in its original context were just an academic discussion of the reality of the continuation of war between Islam and the West. It is the same as if I said that were the United States to prevail over [illegible] in our domain they would replace our [illegible] with prostitution, strippers [illegible] will come to appear. Yes I really support my religion and the state [illegible] but [illegible] to discuss [illegible]. Therefore I proceed

In opposition to the first paragraph of [illegible] that the challenge [is] untimely I was in administrative segregation for [illegible] my Sentence so that time must be excluded as I had no access to [illegible] materials as I am representing myself.

I also argue as I was representing myself I should be given more time to understand and respond to any proceedings. I did not know what one has [illegible] as [illegible] the right to file [illegible] for collateral review. Moreover the challenge [illegible] 2255 challenge of constitutional violation (the Double Jeopardy claim) and as I have [illegible] new evidence supporting [illegible] allowing for a new [illegible] to be filed after the 1 year limit. So it should be permitted.

Page 2

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 20 2024 ★
BROOKLYN OFFICE

In opposition to the second paragraph of the [illegible]
The motion [illegible] not be [denied] on the merits. Although the
govt. disclosed some [illegible]. The defect [illegible] [illegible]
records in Tunisia [illegible] [illegible]
US govt. and the Tunisian [authorities] [illegible]
In addition, the documents [illegible] [illegible] no longer in my [illegible]
[illegible] lost & destroyed [illegible] the chaos [illegible]

As for their argument that documents [illegible] [illegible]
to the case in chief and not for a motion to dismiss [illegible]
this argument would be nonsensical as the "Case in chief" would
not exist were the govt barred from prosecution due to Constitutional
violations, and indeed they would be held liable [illegible]
that they proceeded with the prosecution while aware of their [illegible].

As for the fourth paragraph of [illegible] the govt. [states]
that a motion to dismiss was filed & [illegible] completion [illegible]
[illegible] and [illegible] defense counsel. Because the [illegible]
INCOMPLETE. 2. [illegible]
who was fired [illegible] for not acting in the defendant's
best interest and [illegible] government. See
letter to Judge by defendant [illegible] 2021 [illegible]
representation by counsel, and proceeding pro se.
And [illegible] the third paragraph [illegible] the
government I believe is in error. There [illegible] a motion to
compel [illegible]
at the [illegible] ECF 82 [illegible]
[illegible] to compel discovery [illegible]
I [illegible] request the [illegible] I [illegible] now
on my current motion.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 20 2024 ★
BROOKLYN OFFICE

As for the Fifth + [illegible] paragraph the govt. argues "Post-conviction discovery requires a showing of good cause needing to have made specific allegations that if fully developed entitle him to relief." I have made specific allegations and I repeat them here. The United States Govt. the FBI, State Dept in Tunisia and or govt prosecutors requested/manipulated/compelled the Tunisian ~~Govt~~ Govt. to prosecute me when they had no originally interest in doing so. In fact they they sought permission to release me or deport me. I have seen that document with my own eyes. I just can't reference it because I don't have it in my ~~[illegible]~~ possession. ~~[illegible]~~

That action fits the Bartkus Exception of the Double Jeopardy Clause. Thus violating a constitutional right.

Furthermore there is one question that begs to be asked and answered. If the Govt. has nothing to hide why would they oppose the production of the documents. They have something to hide because if it were to be produced their case, my case would be dismissed and they may ~~[illegible]~~ even be held liable for unjust prosecution.

I also wish to inform the Judge I am writing from the Isolation Unit where I have no access to legal material / lawyer. And I can't access the document which were part of my discovery that show evidence to the claims I'm making. I also need to find a lawyer I ~~[illegible]~~ can trust. I am writing this letter with a prison safe pencil which is made completely of rubber and is extremely difficult. So I ~~[illegible]~~ respectfully ask the Judge not to be hasty in Deciding this motion against me until I can produce all supporting evidence in my favor. I am waiting to return to general population where I would have a greater ability to do so.

Sincerely Bernard Augustine, Defendant

Bernard [illegible]
Atwater F[illegible]
1 Federal Way Atwater, CA [illegible]







FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 2 0 2024 ★
BROOKLYN OFFICE

Judge ~~[illegible]~~ RAMON REYES
United States Courthouse
225 CADMAN PLAZA EAST
Brooklyn, NY 11201