To Judge Ramon Reyes

Nov 5 2024

This is a Motion to dismiss on grounds of violating my right to a Speedy Trial.

My trial was in Sept 2021.

I had been verbally asking for a speedy trial from october 2020 and I was literally asking for it in every way possible by letter, verbally in front of the Judge but I was denied it ~~for~~ no good reason and outright lies. Let me list them for you

1. The first reason I was denied is because my so-called "defense lawyers" asked the Judge to designate my case as "complex". I myself never asked for this. Yet my "Lawyers" Contradicted themselves a year later during a bail hearing when they said my case was the weakest material support case ever prosecuted. And in any case anyone with sense could know it was not complex

2. The "lawyers" Judge and Prosecutors said the Corona virus made it "impossible" for me to get a speedy trial. Well one - You are the govt. and have all the capability to arrange a trial. But the so-called "Lawyers" and prosecutors were just trying to milk the situation for a paid vacation on the taxpayers dime. two - other people were getting trials during the "so-called "pandemic". three. the coronavirus was not deadly and not even a big deal and a speedy trial right is upon the govt and court to bear as it is a fundamental Constitutional right

3. The prosecutors asked the Judge to deny a speedy trial claiming there are 21 witnesses in my case and that I am so dangerous that the security arrangements would be too burdensome to carry out in short order.

Both were lies. one There were only 6 witness produced in my case and all but 2 were trivial at best. ~~Thea~~ The other argument is just nonsense. my case is the weakest case in material support. I challenge the prosecutors to show another case weaker than mine. The trial lasted 3 hours a day for 3 days for Gods sake. what a Joke.

Anyway thats it. If I forgot anything I'll try again later.

I have one question. How is it the lawyers and prosecutors can lie, make "mistakes" and such but never be held accountable and I fuck up one time and my balls are going to be broken non-stop. Gimme a break. Lol.

Oh well. we will all meet in a Higher Court soon enough. Then the Judge of Judges will rule between us. And there is no appeal after Him.